IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD JOSEPH MCNATT,** | ) | |
| Petitioner | ) | **C.A. No. 05-124 Erie** |
| | ) | |
| v. | ) | **District Judge McLaughlin** |
| | ) | **Magistrate Judge Baxter** |
| **JUDGE OLIVER J. LOBAUGH,** | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this 13th day of July, 2005;

IT IS HEREBY ORDERED that Respondent's "Motion for Extension of Time in Which to File Response" [Document # 6] is GRANTED and Respondent shall have until July 29, 2005, to file a response.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                S/Susan Paradise Baxter
                                                SUSAN PARADISE BAXTER
                                                Chief U.S. Magistrate Judge

cc:    All parties of record