IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD J. MCNATT :
    Petitioner :
     :
  vs. : C.A. No. 04-225 ERIE
     : C.A. No. 05-124 ERIE
PA. BD. OF PROBATION & PAROLE :
    Respondent :

## RULE TO SHOW CAUSE

NOW COMES, petitioner, Edward J. McNatt, pro se, and submits this Rule to Show Cause and submits the following in support thereof:

1. Petitioner agrees that he owes a total of $48.00 to the U.S. Marshall's Service on two (2) cases, C.A. No. 04-225 ERIE and 05-124 ERIE;

2. Petitioner submits that he wrote a letter to Sheila Blessing requesting to make payments on said debts, starting on July 18, 2005;

3. Petitioner submits that Sheila Blessing agreed to allow petitioner to make payments (see enclosure); and

4. Petitioner submits that payment in full, is going to be sent to the U.S. Marshal's Service on July 22, 2005.

WHEREFORE, petitioner prays this Honorable Court will grant petitioner to continue in his cases and to allow petitioner until July 27, 2005 to have the total amount of $48.00 to the U.S. Marshal's Service.

Signed this 15th day of July, 2005.

Respectfully Submitted,

*Edward J. McNatt*
Edward J. McNatt
Petitioner, pro se

Edward T. McNatt
DL 6772
P.O. Box 1000
Houtzdale, PA 16698

SHEILA BLESSING
ADMINISTRATIVE ASSISTANT
UNITED STATES MARSHALS SERVICE
241 U.S. POST OFFICE/COURTHOUSE
7TH AVENUE & GRANT STREET
PITTSBURGH, PA 15219

JUNE 30, 2005

Dear Mrs. Blessing:

I am writing in regards to the $48.00 I owe for service of process fees on cases: <u>CA-05-0124 ERIE</u> and <u>CA-05-0128 ERIE</u>.

I am declared an "indigent" inmate without the means to pay the total cost within ten (10) days.

I would like to know if I could make payments from each of my monthly checks until my fees are paid? I will be able to remit the first payment on July 18, 2005.

I want to thank you in advance for your time and concern on this matter. I look forward to hearing from you soon.

Respectfully Submitted,

Edward T. McNatt

c.c.: file

This will be fine but we <u>operate</u> check <u>case</u> with number on check.