IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD JOSEPH MCNATT, | : | C.A. No. 05-124 ERIE |
| Petitioner, | : | |
| vs. | : | Type of Document: |
| JUDGE OLIVER J. LOBAUGH, et al. | : | Exhibits to Answer to Petition for Writ of Habeas Corpus |
| Respondent. | : | |
| | : | Attorneys of Record: |
| | : | Maria Battista Kerle, Esq.<br>Assistant District Attorney<br>Attorney I.D. #: 69067 |
| | : | Marie T. Veon, Esq.<br>District Attorney<br>Attorney I.D. #: 42174 |
| | : | Office of District Attorney<br>Venango County<br>   Courthouse<br>Franklin, PA 16323<br>PH: 814-432-9598<br>FAX: 814-437-6721 |

# EXHIBITS
## TABLE OF CONTENTS

|  | NO. |
|---|---|
| INFORMATION FOR CR. NO. 182-98 | 1 |
| INFORMATION FOR CR. NO. 183-98 | 2 |
| TRANSPORT ORDER FOR 9/15/98 RE-ARRAIGNMENT COURT | 3 |
| PLEA AGREEMENT | 4 |
| TRANSPORT ORDER FOR 10/20/98 SENTENCE COURT | 5 |
| SENTENCE ORDER FOR CR NO. 183-98 | 6 |
| MOTION FOR NOLLE PROSEQUI FOR CR. NO. 183-98 | 7 |
| SENTENCE ORDER FOR CR. NO. 182-98 | 8 |
| MOTION FOR NOLLE PROSEQUI FOR CR. NO. 182-98 | 9 |
| GUIDELINE SENTENCE FORM | 10 |
| TRANSCRIPT OF STATE SENTENCE OF 10-20-98 | 11 |
| COURT COMMITMENT FOR CR. NO. 182-98 | 12 |
| COURT COMMITMENT FOR CR. NO. 183-98 | 13 |
| RECEIPT FOR PAYMENT | 14a |
| BALANCE DUE BY COST/FINE | 14b |
| STATEMENT OF JUDGMENT | 14c |
| MOTION TO PROCEED NUNC PRO TUNC | 15 |
| ORDER DENYING MOTION TO PROCEED NUNC PRO TUNC | 16 |
| LETTER FROM THE BOARD OF PROBATION AND PAROLE | 17 |
| MEMORANDUM FROM OLIVER J. LOBAUGH DATED 12-4-00 | 18 |
| LETTER FROM THE BOARD OF PROBATION AND PAROLE | 19 |
| LETTER FROM VENANGO COUNTY COURT REPORTERS | 20 |
| PROOF OF SERVICE/PETITION FOR RELIEF-REMEDY | 21 |
| MOTION FOR POST CONVICTION COLLATERAL RELIEF | 22 |
| PETITION FOR AMENDMENT FOR POST CONVICTION RELIEF NUNC PRO TUNC | 23 |
| ORDER OF COURT ON MOTION FOR POST CONVICTION COLLATERAL RELIEF | 24 |
| LETTER FROM DEFENDANT TO JUDGE LOBAUGH DATED 9/24/04 | 25a |
| PETITION FOR WRIT OF HABEAS CORPUS | 25b |
| APPLICATION FOR IMMEDIATE HEARING ON THE PENDING PETITION FOR WRIT OF HABEAS CORPUS | 25c |
| LETTER FROM SUPREME COURT OF PA DATED 10/27/04 | 26 |
| LETTER FROM DEFENDANT TO DISTRICT ATTORNEY | 27a |
| APPLICATION FOR LEAVE TO FILE ORIGINAL PROCESS | 27b |
| COVER LETTER FOR MOTION FOR NOMINAL BAIL PENDING APPEAL FROM DEFENDANT DATED 11/12/04 | 28a |
| MOTION FOR NOMINAL BAIL PENDING APPEAL | 28b |
| LETTER STATING COMMONWEALTH WILL NOT FILE A BRIEF IN OPPOSITION TO PETITIONER'S APPLICATION TO LEAVE TO FILE ORIGINAL PROCESS AND PETITIONER'S WRIT OF HABEAS CORPUS | 29 |

| | |
|---|---|
| MOTION TO DISMISS COMMONWEALTH'S FILING AS UNTIMELY AND REQUEST FOR RELIEF................................................................ | 30 |
| LETTER FROM SUPREME COURT OF PA WESTERN DISTRICT DENYING THE DEFENDANT'S MOTION FOR NOMINAL BAIL PENDING APPEAL.......................................................................... | 31 |
| REQUEST TO PROCEED PRO SE FILED BY DEFENDANT..................... | 32 |
| LETTER FROM SUPREME COURT OF PA WESTERN DISTRICT TO DEFENDANT REGARDING DEFENDANT'S FILING.......................... | 33 |
| ORDER GRANTING APPLICATION FOR LEAVE TO FILE ORIGINAL PROCESS................................................................................... | 34 |
| NOTICE OF APPEAL........................................................................ | 35a |
| CONCISE STATEMENT OF MATTERS COMPLAINED OF ON APPEAL..... | 35b |
| APPLICATION FOR AN IMMEDIATE HEARING ON THE PENDING PETITION FOR WRIT OF HABEAS CORPUS....................................... | 36 |
| LETTER FROM SUPERIOR COURT OF PA DATED 2/16/05..................... | 37 |
| COVER LETTER FOR PRAECIPE FOR ENTRY OF ORDER FILING.......... | 38a |
| PRAECIPE FOR ENTRY OF ORDER................................................... | 38b |
| LETTER TO VENANGO COUNTY COURT ADMINISTRATOR................ | 39 |
| OPINION OF COURT DATED 5/4/05................................................... | 40 |
| ORDER OF COURT ON MOTION TO CONTINUE................................. | 41 |
| ORDER OF COURT TO REMOVE COUNSEL........................................ | 42 |
| LETTER FROM JUDGE'S CHAMBERS LAW CLERK REGARDING PRO SE FILING BY THE DEFENDANT........................................... | 43a |
| LETTER FROM DEFENDANT DATED 6/23/05....................................... | 43b |
| PETITIONERS AMENDMENT IN SUPPORT OF PCRA........................... | 43c |
| NOTICE OF BOARD OF PROBATION AND PAROLE DECISION AS RECORDED ON MARCH 29, 2005................................................. | 44a |
| NOTICE OF BOARD OF PROBATION AND PAROLE DECISION AS RECORDED ON OCTOBER 19, 2004.............................................. | 44b |
| NOTICE OF BOARD OF PROBATION AND PAROLE DECISION AS RECORDED ON OCTOBER 23, 2003.............................................. | 44c |
| LETTER FROM PA BOARD OF PROBATION AND PAROLE DATED 6/28/02........................................................................... | 44d |
| LETTER FROM PA BOARD OF PROBATION AND PAROLE DATED 5/17/01........................................................................... | 44e |
| CERTIFIED DOCKET TRANSCRIPT FOR CR. NO. 182-98....................... | 45 |
| CERTIFIED DOCKET TRANSCRIPT FOR CR. NO. 183-98....................... | 46 |