```
COMMONWEALTH OF PENNSYLVANIA        :   IN THE COURT OF COMMON PLEAS
                                    :   VENANGO, PENNSYLVANIA
              VS.                   :   CRIMINAL DIVISION
                                    :
EDWARD JOSEPH MCNATT                :
                                    :   CR No. 182-98
OIL CITY, PA      BO BOX 1000       :
    /69          HOUTSDALE PA       :
        5701              16698     :
```

THE DISTRICT ATTORNEY OF VENANGO COUNTY, by this information charges that on or about Monday, the 14th day of July, 1997, in said County of Venango, Pennsylvania, the defendant

COUNT 1 - FORGERY - (F3)

did, with the intent to defraud or injure Peddler's Village, or with knowledge that he was facilitating a fraud or injury to be perpetrated by anyone, make, complete, execute, authenticate, issue, or transfer a writing or writings so to purport such to be the act of another who did not authorize such act, to wit: he wrote check #6556 in the amount of $139.17, drawn on PNC Bank Account            1845, so that it purported to be the act of William and Frances Reese, who did not authorize that act, or utter said writing to Peddler's Village, Cranberry Township, Venango County, PA.
[18 P.S. 4101 (a)(2)]

COUNT 2 - THEFT BY DECEPTION - (M2)

did unlawfully and intentionally obtain or withold the property of another by deception in that he created or reinforced a false impression as to law, value, intention or other state of mind; to wit:  Defendant engaged in the above conduct.
[18 P.S. 3922 (a) (1)].

COUNT 3 - CRIMINAL CONSPIRACY - (F3)

did with the intent of promoting or facilitating the commission of the crime of Forgery and Theft by Deception conspire with Tammy Jean Ouellette, and agree that they or one or more of them would engage in conduct which constitutes said crime or an attempt or solicitation to commit such crimes or agree to aid in the planning or commission of said crimes, and in furtherance of such conspiracy, did arrive at the above location where they or one or more of them engaged in the above conduct.
[18 P.S. 903 (a)]

1

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

*Robert Grossi*
ROBERT GROSSI
Attorney for the Commonwealth

[18 P.S. 4101 (a) (2)] - F3 - $15,000.00/7 years
[18 P.S. 3922 (a) (1)] - M2 - $5,000.00/2 years
[18 P.S. 903 (a)] - F3 - $15,000.00/7 years

TANNER/PSP-S, Prosecutor

```
COMMONWEALTH OF PENNSYLVANIA        :  IN THE COURT OF COMMON PLEAS
                                    :  VENANGO, PENNSYLVANIA
            VS.                     :  CRIMINAL DIVISION
                                    :
EDWARD J. MCNATT                    :  CR No. 183-98
C/O VCJ                             :
FRANKLIN, PA 16323                  :
        /69                         :
                                    :
```

THE DISTRICT ATTORNEY OF VENANGO COUNTY, by this information charges that on or about Wednesday, the 6th day of August, 1997, in said County of Venango, Pennsylvania, the defendant

COUNT 1-4 - BAD CHECKS - MULTIPLE CHECKS AT ONE BUSINESS - (M2)

did unlawfully issue or pass checks, at Henry's Riverside Market, located in Venango County, PA, as enumerated below by check number, date of check and its amount, all drawn on Account 1845 of the PNC Bank of Oil City, knowing that these checks would not be honored by the drawer:

| Check Number | Date of Check | Amount of Check |
|---|---|---|
| 6555 | 7/12/97 | $200.00 |
| 6557 | 7/14/97 | $173.15 |
| 6558 | 7/15/97 | $200.00 |
| 6560 | 7/18/97 | $200.00 |

Said conduct constitutes (4) counts of Bad Checks [18 P.S. 4105 (a)] and constitutes the defendant's third or subsequent bad check offense within five years.
[18 P.S. 4105]

COUNT 5 - THEFT BY DECEPTION - (M2) M1

did unlawfully and intentionally obtain or withold the property of another by deception in that he created or reinforced a false impression as to law, value, intention or other state of mind; to wit: did the acts described above.
[18 P.S. 3922 (a) (1)].

COUNT 6 - RECEIVING STOLEN PROPERTY - (M3)

did unlawfully or intentionally, at the above location in, Venango County, PA, receive, retain or dispose of the movable property of William and Frances Reese,              Peckville, PA    , to wit: the above checks, having an aggregate value of $773.15, more or less, knowing the property had been stolen or believing that the property had probably been stolen, the property not having been received, retained, or disposed of by the defendant with the intent to restore it to said owner.
[18 P.S. 3925 (a)].