COUNTS 7-10 - FORGERY - (F3)

did with the intent to defraud or injure Henry's Riverside Market, or with knowledge that he was facilitating a fraud or injury to be perpetrated by anyone, make, complete, execute, authenticate, issue, or transfer any writing, to wit: he did pass the aforementioned checks knowing they had been forged, so that it purported to be the act of Frances Reese, who did not authorize that act, knowing it to be forged in an aforementioned manner. [18 P.S. 4101 (a)(2)(3)]

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

*Robert Grossi*
ROBERT GROSSI
Attorney for the Commonwealth

[18 P.S. 4105] - M2 $5,000.00/2 years
[18 P.S. 3922 (a)(1)] - M2 - $5,000.00/2 years
[18 P.S. 3925] - M3 - $2,500.00/1 year
[18 P.S. 4101 (a)(2)(3)] - F3 - $15,000.00/7 years

SCHATTAUER/OCPD, Prosecutor

4