# IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

vs.

EDWARD J. McNATT

CR No. 182  1998
CR No. 183  19 98

FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA
1998 SEP -9 P 2: 14
PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

MOTION TO/~~FOR~~  TRANSPORT DEFENDANT FOR 9/15/98 RE-ARRAIGNMENT COURT

AND NOW, Sept. 9, 1998, Counsel for defendant requests the Court to:

to have the Sheriff of Venango County, Pennsylvania, or one of his deputies to transport the above-captioned defendant from SCI - Houtzdale, Pennsylvania, to Venango County Prison by September 15, 1998, as defendant's cases are listed on the 9/15/98 Re-Arraignment Court, at 1:30 P.M.

A copy of this Motion has been provided to Office of the District Attorney.

Attorney's Signature  K. Schellart Ham, Esquire

## ORDER OF COURT

AND NOW, Sept. 9, 1998, the within Motion is granted. ~~and it is Ordered and Decreed that:~~

BY THE COURT,

H. William White, President Judge

copy: PD
DA
Sheriff

2  Exit certified copy to Sheriff.

5