COMMONWEALTH OF PENNSYLVANIA     :     IN THE COURT OF COMMON PLEAS

      vs.                  :     VENANGO COUNTY, PENNSYLVANIA

*Edward J. McNatt*          :

                       :     CR NO. *182/98*
                                       *And*

**PLEA AGREEMENT**     *183/98*

The Commonwealth, by Marie T. Veon, District Attorney of Venango County has offered a negotiated plea with *Edward J. McNatt*.

Pursuant to this agreement, the defendant pleads guilty to:

*At* *CR 182/98*   *Count 1 - Forgery - F3*

*At* *CR 183/98*   *Count 5 - Theft by Deception - M1*

*The Commonwealth will Nol Pros the Remaining Counts.*

*Defendant agrees to pay restitution on all 5 checks including a $20 charge on each check*

This plea agreement shall not affect the right of the Court to impose a fine or to order restitution.

The defendant understands that he may enter a plea of not guilty to all charges, that he is presumed to be innocent until found guilty, and he may have a jury of his peers determine his guilt or innocence. He has consulted with his attorney, and has been advised of the nature of the charges, and the permissible range of sentences.

I enter this plea knowingly and willingly. No promises have been made to me as to any sentence that may be imposed by the Court. The defendant is aware that the judge is not bound by the terms of any plea agreement tendered unless the judge accepts the agreement.

_____        _____
ATTORNEY FOR THE COMMONWEALTH      DEFENDANT

*9 - 15 - 98*                  _____
_____
DATE                               ATTORNEY FOR THE DEFENDANT

6