# IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

vs.

EDWARD J. McNATT

CR No. 182  1998
CR No. 183  1998

MOTION TO/FOR TRANSPORT DEFENDANT FOR 10/20/98 SENTENCE COURT

AND NOW, 9/17/, 1998, Counsel for defendant requests the Court to:

have the Sheriff of VEnango County, Pennsylvania, or one of his deputies, transport the above-captioned defendant from SCI - Houtzdale, Pennsylvania, to Venango County Prison by October 19, 1998, as defendant is scheduled to be sentenced on two cases on October 20, 1998 Sentence Court.

A copy of this Motion has been provided to Office of the District Attorney.

SHERIFF'S DEPT

Attorney's Signature    Blair H. Hindman, Esquire

## ORDER OF COURT

AND NOW, September 15, 1998, the within Motion is granted. ~~and it is Ordered and Decreed that:~~

BY THE COURT,

H. William White, President Judge

copy:

2)Cert: Sheriff - 9-17-98

7