| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| VS. | : VENANGO COUNTY, PENNSYLVANIA |
| EDWARD MCNATT | : CR NO. 183/98 |

## MOTION FOR NOLLE PROSEQUI

AND NOW, this 20 day of October, 1998, Motion in open Court for leave to enter a nolle prosequi to Count(s) 1,2,3,4,6,7,8,9,10 for the reason that the defendant plead guilty to Count(s) 5 and was sentenced on this date; defendant to pay the costs.

_____
Attorney for the Commonwealth

OCT 20 1998   PRESENTED IN OPEN COURT AND GRANTED.

BY THE COURT
ATTEST: PEGGY L. MILLER
CLERK OF COURTS

## ORDER

AND NOW, THIS 20 DAY OF Oct., 1998, UPON CONSIDERATION OF THE ABOVE MOTION, A NOLLE PROSEQUI IS HEREBY ENTERED AS STATED.

BY THE COURT:
_____ J.

9