| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS |
| vs. | : | VENANGO COUNTY, PENNSYLVANIA |
| EDWARD J. McNATT | : | C.R. No. 182 - 1998 |

## SENTENCE

AND NOW, October 20, 1998, the SENTENCE and ORDER of Court on Count 1, **Forgery**, in violation of Crimes Code, (F3), §4101(a)(2), is that you, Edward J. McNatt, Defendant, pay the costs of prosecution, all other costs, pay a fine of $300, and undergo an imprisonment in a state institution of the Department of Corrections for an indefinite term, the minimum of which shall be **sixteen (16) months**, the maximum of which shall be **eighty-four (84) months**, to be computed from **the expiration of the sentence imposed at C.R. 183 - 1998**, at that institution to be kept, fed, clothed, and treated as the law directs, and stand committed to the Western Diagnostic Classification Center, Allegheny County, Pennsylvania, for compliance with the within sentence.

The Defendant shall make full restitution to the Clerk of Courts of Venango County for the use of William and Frances Reese in the amount of $159.17.

The Sentence imposed herein shall run consecutively to the sentence imposed at C.R. No. 183 - 1998.

The total confinement hereby imposed by the sentences is **thirty-two (32) months** to **one hundred forty-four (144) months**.

BY THE COURT,

_____
OLIVER J. LOBAUGH, Judge