| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| | : VENANGO COUNTY, PENNSYLVANIA |
| VS. | : |
| EDWARD MCNATT | : CR. NO. 182/98 |

### MOTION FOR NOLLE PROSEQUI

AND NOW, this 20th day of October, 1998, Motion in open Court for leave to enter a nolle prosequi to Count(s) 2,3 for the reason that the defendant plead guilty to Count(s) 1 and was sentenced on this date; defendant to pay the costs.

_____
Attorney for the Commonwealth

OCT 20 1998  PRESENTED IN OPEN COURT AND GRANTED.

BY THE COURT
ATTEST: PEGGY L. MILLER
CLERK OF COURTS

### ORDER

AND NOW, THIS 20 DAY OF Oct, 1998, UPON CONSIDERATION OF THE ABOVE MOTION, A NOLLE PROSEQUI IS HEREBY ENTERED AS STATED.

BY THE COURT:

_____ J.

11