# GUIDELINE SENTENCE FORM (6th edition, 6/13/97)

## Identification

- **Offender's Name (Last, First, Middle):** MCNGH, Edward J.
- **Date of Birth:** 2/14/69
- **Sex:** ☒ Male ☐ Female
- **Form** 1 of 2
- **State ID Number:**
- **Police Photo ID Number:**
- **Social Security Number:** -5701
- **Race:** ☒ White ☐ Black ☐ Hispanic ☐ Asian ☐ Am. Indian ☐ Other
- **Judge's Name:** LOBAUGH, Oliver
- **County:** Venango
- **Person Completing Form:** Danzer
- **Date of Sentence:** 10/20/98

## Current Offense

- **Offense Name/Description:** Forgery
- **Date of Offense:** 7-14-97
- **Title & Section:** 8.4101(a)(2)
- **Docket #:** 182-98
- **Count #:** 1
- **Grade:** F3
- **OGS:** 3
- **PRS:** RFEL
- **OTN:** F053834-4

## Prior Record

### Juvenile Adjudication / Adult Conviction

- Murder & inchoates
- Vol. Manslaughter
- Rape
- Kidnapping
- I.D.S.I.
- Arson (F-1/person)
- Robbery (SBI)
- Rob. Motor Veh (SBI)
- Agg. Assault (SBI)
- Drug Del. Death
- Burglary (house/person)
- Ethnic Intimidation to F1

**A:** Add # of offenses in each block & enter sum — x4=

- Inchoate to 4 pt. off's
- Arson (F1/no person)
- Robbery (other F1)
- Robbery Motor Vehicle (no SBI)
- Agg. Assault (att. SBI)
- Burglary (other F1)
- Agg. Indecent Assault
- Sexual Assault
- Other Felony 1s

**B:** Add # of offenses in each block & enter sum — x3=

- Felony 2s: + 5 x2= 10
- Fel. Drugs [>= 50gr.]: + x3=
- Other Felony drugs: + x2=
- Felony 3s
- M1 - Death
- M1 - Weapon
- M1 - Children
- M1 - DUI

**C:** Add # of offenses in each block & enter sum — x1=

- Other Misd. ___  0-1=0  4-6=2
-                 2-3=1  7+ =3

**PRIOR RECORD SCORE:**
- If A is 8 points or greater, and the OGS = 9 or more: PRS = REVOC
- Otherwise, if A + B is 6 points or greater: PRS = RFEL
- Otherwise, PRS = A + B + C (maximum = 5): PRS = ___

## Sentencing Information

**GUIDELINE RANGES:**
- Mitigated: 9-12
- Standard: 12-18
- Aggravated: 18-21
- LEVEL: ___

Mandatory minimum, if applicable: ___

**MANDATORY**
- ☐ None
- ☐ Drugs to Minors (18-6314)
- ☐ Drug Trafficking (18-7508)
- ☐ Visible Firearm (42-9712)
- ☐ Two/Three Strikes (42-9714)
- ☐ Elderly (42-9717)
- ☐ Children (42-9718)
- ☐ DUI (75-3731) (below):
  - ___ 1st ___ 3rd
  - ___ 2nd ___ 4th+
- ☐ Other ___

**ENHANCEMENT** ☐ None
- ☐ Deadly Weapon/Possessed
- ☐ Deadly Weapon/Used
- Weapon: Type: ___
- ☐ Youth/Drug Distribution
- ☐ School/Drug Distribution

**OTHER INFORMATION** (Yes / No)
- ☐ ☐ Drug Dependent
- ☐ ☐ IP Eligible
- ☐ ☐ Boot Camp Eligible
- ☐ ☒ PSI Completed
- ☐ ☐ D&A Eval. Completed
- ☐ ☐ Sexually Viol. Predator

## Sentence Imposed

**CONFINEMENT/INTERMEDIATE PUNISHMENT**
- ☒ Confinement/State Facility   Boot Camp Authorized ☐ Yes ☐ No
- ☐ Confinement/County Facility  Work Release Authorized ☐ Yes ☐ No
- Minimum: 16 [mos.]
- Maximum: 84 [mos.]
- Credit for Time Served: ___ [days]
- ☐ Intermediate Punishment
  - RIP Period: ___ [mos.]
  - Program(s): ___
  - RS Period: ___ [mos.]
  - Program(s): ___
- If DRUG DEPENDENT: is IP consistent with clinical recommendation? ☐ Yes ☐ No

**RESTORATIVE SANCTIONS**
- ☐ Probation Period: ___ [mos.]
- Condition(s): ___
- ☐ Fines [Amt.] $ ___
- ☒ Restitution [Amt.] $ 159.17
- ☒ Costs [Amt.] $ ___
- ☐ Guilty without further penalty [NFP]

**GUIDELINE CONFORMITY**
- ☒ Standard         Departure
- ☐ Aggravated       ☐ Below
- ☐ Mitigated        ☐ Above
- Write reasons on back of form.

**CONCURRENT/CONSECUTIVE**
This sentence is:
- ☐ Concurrent to: ___
- ☒ Consecutive to: CR 183-98
- ☐ TOTALLY CONCURRENT

## Type of Disposition

- ☒ Neg. Guilty Plea
- ☐ Non Neg. Guilty Plea
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Nolo Contendere
- ☐ Other

**PLEASE INDICATE THE CUMULATIVE SENTENCE IMPOSED DURING THE JUDICIAL PROCEEDING:**
- Minimum Confinement: 30 [mos.]
- Maximum Confinement: 144 [mos.]
- Other: ___ [mos.]

**JUDGE'S SIGNATURE:** [signature]
**DATE:** 10/20/98

PCS 6 6/97

COPY A-CLERK  12