# COURT COMMITMENT
## STATE OR COUNTY CORRECTIONAL INSTITUTION
### Commonwealth of Pennsylvania
vs.

MCNATT, EDWARD J

COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX)

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS

NOTE: Additional supply of this form available at above address:

☐ DC-300B (Part II) attached

| SEX | DATE OF BIRTH | SID | OTN | COURT OF INITIAL JURISDICTION | COMMON PLEAS |
|---|---|---|---|---|---|
| ☐ F  ☒ M | -69 | | F 053834-4 | ☐ | ☒ |

COMMITTING COUNTY/MAGISTERIAL DISTRICT

VENANGO

COURT NUMBER

CR 182-1998

DATE - TERM

The above defendant after ☒ pleading guilty ☐ nolo contendere ☐ being found guilty was on

OCTOBER 20TH, , 1998 sentenced by Judge/~~District Justice~~ OLIVER J LOBAUGH, JUDGE to a term of

not less than _____ years __16__ months _____ days nor more than _____ years __84__ months _____ days, or _____

_____ for the offense of CT#1- FORGERY (F3)

(Section ___CC 4101-A2___ of the Crimes Code) or (other statute) _____

It is further ordered that the said defendant be delivered by the proper authority to and treated as the law

WESTERN DIAGNOSTIC

directs at the ~~CLASSIFICATION CENTER~~ facility located at ~~ALLEGHENY COUNTY, PITTSBURGH, PA~~ .

| FINE AMOUNT $ 300.00 | COSTS AMOUNT $ 254.50 | RESTITUTION |
|---|---|---|
| To Be Paid To: ☒ COUNTY ☐ COMMONWEALTH | To Be Paid By: ☐ COUNTY ☒ DEFENDANT | $159.17- WILLIAM & FRANCES REESE |

CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON REVERSE SIDE)

EFFECTIVE DATE OF SENTENCE
AT EXP OF THE SENTENCE IMPOSED
AT CR 183-1998

This sentence shall be deemed to run concurrent to any existing sentences, effective the date of imposition unless otherwise stipulated below:

THE SENTENCE IMPOSED HEREIN SHALL RUN CONSECUTIVELY TO THE SENTENCE IMPOSED AT CR 183-1998

TOTAL CONFINEMENT IMPOSED BY THE SENTENCES IS: 32 MONTHS TO 144 MONTHS

PROSECUTING ATTORNEY

ROBERT GROSSI, ASSISTANT DA

DEFENSE ATTORNEY

BLAIR HINDMAN

COURT REPORTER

MELISSA R KEATING

DISPOSITION OF NON-INCARCERATION OFFE[NSE]

NOL PROS CT'S 2 & 3

NO PSI rec'd

(THIS BLOCK NOT TO BE US[ED])

(SEAL)

In witness, whereof I have hereunto set my hand and seal of said

court, this __27TH__ day of __OCTOBER__ 19 __98__

*Peggy L. Miller* pp

AUTHORIZED SIGNATURE

32