(Rev. 10-85)

**COURT COMMITMENT**
**STATE OR COUNTY CORRECTIONAL INSTITUTION**
Commonwealth of Pennsylvania
vs.
MCNATT, EDWARD J.
COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NOTE: Additional supply of this form available at above address:
☐ DC-300B (Part II) attached

| SEX | DATE OF BIRTH | SID | OTN | COURT OF INITIAL JURISDICTION | COMMON PLEAS |
|---|---|---|---|---|---|
| ☐ F  ☒ M | -69 | | E 920414-5 | ☐ | ☒ |

COMMITTING COUNTY/MAGISTERIAL DISTRICT: VENANGO
COURT NUMBER: CR 183-1998
DATE - TERM:

The above defendant after ☒ pleading guilty ☐ nolo contendre ☐ being found guilty was on OCTOBER 20TH, 19 98 sentenced by Judge/~~District Justice~~ OLIVER J. LOBAUGH, JUDGE to a term of not less than ___ years 16 months ___ days nor more than ___ years 60 months ___ days, or ___ for the offense of CT#5- THEFT BY DECEPTION (M1)

(Section CC 3922-A1) of the Crimes Code) or (other statute) ___.

It is further ordered that the said defendant be delivered by the proper authority to and treated as the law directs at the WESTERN DIAGNOSTIC CLASSIFICATION CENTER facility located at ~~ALLEGHENY COUNTY, PITTSBURGH, PA~~.

**FINE** AMOUNT $300.00
To Be Paid To:  ☒ COUNTY  ☐ COMMONWEALTH

**COSTS** AMOUNT $185.50
To Be Paid By: ☐ COUNTY  ☒ DEFENDANT

**RESTITUTION**
HENRY STRICEK - $853.15

CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON REVERSE SIDE)

EFFECTIVE DATE OF SENTENCE: OCTOBER 20, 1998

This sentence shall be deemed to run concurrent to any existing sentences, effective the date of imposition unless otherwise stipulated below:

*NO PSI REC'D*

PROSECUTING ATTORNEY: ROBERT GROSSI
DEFENSE ATTORNEY: BLAIR HINDMAN
COURT REPORTER: MELISSA R KEATING

DISPOSITION OF NON-INCARCERATION OFFENSE(S)
NOL PROS CT'S 1,2,3,4,6,7,8,9,10

(THIS BLOCK NOT TO BE USED FOR INCARCERATION OFFENSE)

In witness, whereof I have hereunto set my hand and seal of said court, this 27TH day of OCTOBER 19 98.

_Peggy L. Miller pp_
AUTHORIZED SIGNATURE

(SEAL)

33