Exhibit 14a

```
                RECEIPT FOR PAYMENT
                ====================
```

Venango County, Pennsylvania               Receipt Date 08/07/2001
      Clerk of Courts                      Receipt Time   9:44:08
    Franklin, Pa   16323                   Receipt No.     155152

         MCNATT EDWARD J
         OIL CITY,  PA


         Case Number 1998-00182
           Remarks     SCI CAMP HILL


         Total Paid $******108.36  PYMT/CHECK        No. 8717

--------------------------- Distribution Of Payment ---------------------------

| Trans Desc        | Beg. Bal. | Prior Pymts | This Pmt | Bal. Due |
|---|---|---|---|---|
| RESTITUTION       | 159.17    | 159.17      |          | .00 |
| RESTITUTION       |  19.50    |  19.50      |          | .00 |
| PLEA              |  75.00    |  75.00      |          | .00 |
| COURT COSTS       |   3.00    |   3.00      |          | .00 |
| NOLLE PROSSE      |   5.00    |   5.00      |          | .00 |
| COUNTY FINES      | 300.00    | 300.00      |          | .00 |
| PUBLIC DEFENDER   |  50.00    |  33.64      |  16.36   | .00 |
| MAGISTRATE FEE    |  19.60    |             |  19.60   | .00 |
| STATE COST        |   8.96    |             |   8.96   | .00 |
| H.B. 627 COST     |  13.44    |             |  13.44   | .00 |
| JCP FEE           |   5.00    |             |   5.00   | .00 |
| CVC COSTS         |  15.00    |             |  15.00   | .00 |
| CRIME COMM COST   |  15.00    |             |  15.00   | .00 |
| DVC COSTS         |  10.00    |             |  10.00   | .00 |
| OFF F.E. ACT158   |   5.00    |             |   5.00   | .00 |
|                   | 703.67    | 595.31      | 108.36   | .00 |

                                               *** Paid in Full ***

   NOTE: Balance Due pertains to this specific case ONLY.  Additional
         Costs/Fines/Restitutions may be due on other cases.


                                    Venango County, S.S.
                                    Certified from the Record
                                    to be a full and true copy.

                                         AUG 7 - 2001

                                    Attest
                                    [signature]
                                    Prothonotary/Clerk of Courts

34

```
51938102798         Venango County - Adult Probation
   ADP450            Balance Due By Cost/Fine                    Page     1
                                                                 10/27/98

ase No: 1998-00183    MCNATT EDWARD J

ost/Fine                Total Due        Payments      Balance       Lst Pmt

RICEK HENRY               853.15                        853.15      0/00/0000
ROTHONOTARY/JU             19.50                         19.50      0/00/0000
EA                         75.00                         75.00      0/00/0000
URT COSTS                   3.88                          3.88      8/88/8888
LLE PROSSE                  5.00                          5.00      0/00/0000
UNTY FINES                300.00                        300.00      0/00/0000
GISTRATE FEE               21.90                         21.90      0/00/0000
ATE COST                    7.86                          7.86      0/00/0000
B. 627 COST                 6.74                          6.74      0/00/0000
P FEE                       1.50                          1.50      0/00/0000
C COSTS                    15.00                         15.00      0/00/0000
IME COMM COST              15.00                         15.00      0/00/0000
C COSTS                    10.00                         10.00      0/00/0000
F F.E. ACT158               5.00                          5.00      0/00/0000

se Totals:              1,338.65                      1,338.65      0/00/0000
```

35

Venango County Pennsylvania
Statement of Judgment

CR 183-1998

```
COUNTY OF VENANGO                 No.:              1998-01886
VENANGO COUNTY OF
      ** VERSUS **                Entered:          10/29/98
MCNATT EDWARD J
                                  Note Dated:       10/29/98

                                  Int. From:        0/00/00

                                  Judgment:         $1,319.15

                                  Filing Fee:       $14.50
                                  Atty Fee:
                                  Mag. Costs:
                                  Sheriff Costs:
                                  Satisfaction:     $5.00
                                  Bill of Cost:
```

Certified from the record this 29th day of October A.D., 1998

*Peggy L. Miller*
Prothonotary

---
SATISFACTION
---

Received _____ _____ Debt interests and costs in full of the within stated judgment; and the Prothonotary is hereby authorized and directed to satisfy the same, upon payment of the Record costs.

_____
Plaintiff
_____

36