IN THE COURT OF COMMON PLEAS OF
VENANGO COUNTY, PENNSYLVANIA

Exhibit 16

Criminal Division

FILED
VENANGO COUNTY, PA
1999 MAR 12 P 4: 10

PEGGY L. HILLER
PROTHONOTARY AND
CLERK OF COURTS

COMMONWEALTH OF PENNSYLVANIA

v.

JOSEPH EDWARD McNATT           C.R. Nos. 182 and 183 - 1998


ORDER OF COURT

AND NOW, March 12, 1999, the Motion to Proceed Nunc Pro Tunc, in Filing Post-Sentence Motions and Direct Appeal, is denied.

BY THE COURT,

_____
OLIVER J. LOBAUGH, Judge


cc: District Attorney
    Public Defender
    Joseph Edward McNatt

39