**COMMONWEALTH OF PENNSYLVANIA**
**BOARD OF PROBATION AND PAROLE**

OFFICE OF THE BOARD SECRETARY
1101 South Front Street, Suite 5300
Harrisburg, PA 17104-2519
(717) 787-5684
November 29, 2000

HONORABLE OLIVER LOBAUGH
COURT OF COMMON PLEAS
VENANGO COUNTY COURTHOUSE
1168 LIBERTY STREET
FRANKLIN, PA 16323-0000

RE:  Inmate Name:  MCNATT EDWARD JOSEPH
     Parole Number: 0312V
     Bill & Term:   CR 980000183
                    CR 980000182

Dear Judge:

The Pennsylvania Board of Probation and Parole, in accordance with the provisions of the Parole Act of 1941, 61 P.S. § 331 et seq., has scheduled the above-named inmate for parole consideration.

Review of the case, including an interview with the Board, is scheduled for MARCH, 2001. Your recommendations regarding the inmate's possible release on parole will be taken into consideration by the Board prior to a decision being reached in this case. Therefore, please submit any recommendations to this office by JANUARY 29, 2001. We have enclosed a form Memorandum for your convenience if you wish to use it in lieu of other written comments.

Section 18 of the Parole Act, 61 P.S. § 331.18, provides that "[i]t shall be the duty of the court sentencing any person for a term, as to which power to parole is herein given to Board, to transmit to the said board, within thirty days after the imposition of such sentence, a copy of the notes of testimony which may have been filed of record in the case." Accordingly, the Board has sent a request for the sentencing transcript directly to the Clerk of Court.

Thank you for your cooperation in this matter.

Respectfully,

*Kathleen Zwierzyna*

Kathleen Zwierzyna
Board Secretary

An Equal Employment Opportunity Employer
Accredited by the Commission on Accreditation for Corrections/American Correctional Association

AS/CF

40