

# MEMORANDUM

To: Office of the Board Secretary
Board of Probation and Parole

From: *Oliver J. Lobaugh*
Judge, Court of Common Pleas

Date: 12-4-00

RE: Inmate Name:    MCNATT EDWARD JOSEPH
    Parole Number:   0312V
    Bill & Term:     CR 980000183
                     CR 980000182

I have reviewed your letter requesting my recommendation for the parole of the above-named inmate. Please be advised that I (was ✓) (was not ___) the sentencing judge in this case. Please note the following:

____ I recommend that the defendant be released upon the expiration of the minimum sentence.

____ I recommend that the defendant be released upon the expiration of the minimum sentence, provided that the inmate: has successfully completed the prescribed program plan; and, has demonstrated satisfactory adjustment while incarcerated, as evidenced by a favorable recommendation of the Pennsylvania Department of Corrections.

✓ I have no recommendation at this time. I defer to the Board of Probation and Parole in the exercise of its discretion.

____ I recommend that the defendant be refused parole at this time. (Because additional comments are requested, please see my attached letter.)

____ I recommend that the defendant be refused parole and that he remain incarcerated until the expiration of the maximum sentence. (Because additional comments are requested, please see my attached letter.)

____ Please see the attached comments.

_____ J.
Judge's Signature

AS/CF

41