**COMMONWEALTH OF PENNSYLVANIA**
**BOARD OF PROBATION AND PAROLE**

OFFICE OF THE BOARD SECRETARY
1101 South Front Street, Suite 5300
Harrisburg, PA 17104-2519
(717) 787-5684
November 29, 2000

CLERK OF COURT
VENANGO COUNTY COURTHOUSE
1168 LIBERTY STREET
FRANKLIN, PA 16323-0000

RE:  Inmate Name:     MCNATT EDWARD JOSEPH
     Parole Number:   0312V
     Bill & Term:     CR 980000183
                      CR 980000182

Dear Sir/Madam:

    The Pennsylvania Board of Probation and Parole, in accordance with the provisions of the Parole Act of 1941, 61 P.S. § 331 et seq., has scheduled the above-named inmate for parole consideration. Review of the case, including a formal interview with the Board, is scheduled for MARCH, 2001.

    Section 18 of the Act, 61 P.S. § 331.18, provides that "[i]t shall be the duty of the court sentencing any person for a term, as to which power to parole is herein given to Board, to transmit to the said board, within thirty days after the imposition of such sentence, a copy of the notes of testimony which may have been filed of record in the case." Section 19 of the Act, 61 P.S. §331.19, requires that the Board further consider "...the notes of testimony of the sentencing hearing, if any, together with such additional information regarding the nature and circumstances of the offense committed for which sentence was imposed as may be available." Section 19 also states: "All public officials having possession of such records or information are hereby required and directed to furnish the same to the Board upon its request and without charge therefor."

    If a transcript of the sentencing hearing exists, and the Court has not already transmitted a copy, please do so by JANUARY 29, 2001. The Board shall presume that no such record is available if it has not received a copy by that date.

    Thank you for your cooperation in this matter.

Very truly yours,

*Kathleen Zwierzyna*

Kathleen Zwierzyna
Board Secretary

An Equal Employment Opportunity Employer
Accredited by the Commission on Accreditation for Corrections/American Correctional Association

AS/CF

42