# Official Court Reporters
## Venango County Courthouse
*1168 Liberty Street*
*Franklin PA  16323*
Melissa R. Keating, Lead Reporter
Dee Ann Priester
Sondra A. Black

Board of Probation and Parole
Office of the Board Secretary
1101 South Front Street, Suite 5300
Harrisburg PA  17104-2519

January 19, 2001

RE:          COMM  VS  EDWARD J. MCNATT          COMM  VS CHRISTOPHER MCKLVEEN
             C.R. No.182 & 183 - 1998                    C.R. No. 684 - 1998
             Parole No. 0312-V                           Parole No. 2259-U

Dear Ms. Zwierzyna:

Please be advised that a transcript of the sentence hearing of the above-mentioned Defendants has not been prepared as of this date.  A transcript has been ordered and will be prepared at the earliest possible date.  While our office recognizes the importance of the Board reviewing the sentence hearing in considering parole for a Defendant, we have been instructed that Superior Court appeal transcripts are our first priority.  We have been further instructed that we should comply with your request for transcript if possible.

I will continue to send this letter or a copy of an existing transcript in response to your written form letter.

Very truly yours,

Melissa R. Keating
Official Court Reporter

cc:       file
          Carol Hutchison, District Court Administrator
          H. William White, President Judge
          Oliver J. Lobaugh, Judge
          Clerk of Courts

FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA
2001 JAN 19 A 9: 44
PEGGY L. MILLER
PROTHOMOTARY AND
CLERK OF COURTS

43