| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA : | IN THE COURT OF COMMON PLEAS OF |
| : | VENANGO COUNTY, PENNSYLVANIA |
| vs. : | |
| EDWARD JOSEPH McNATT, : | |
| DEFENDANT : | CR 182 and 183 - 1998 |

ORDER OF COURT

AND NOW, this 28th day of July 2004, the court has for consideration the defendant's *pro se* "Motion for Post Conviction Collateral Relief". Therefore it is Ordered and Decreed that:

1. It appearing that defendant is indigent and unable to obtain counsel and the defendant is requesting the court to appoint counsel, WILLIAM CISEK, Esquire, is hereby appointed to represent the defendant in this proceeding.

2. The Clerk of Courts is directed to immediately:

   a) Send a copy of the Petition and the Order to the District Attorney and to WILLIAM CISEK, Esquire.

   b) Send a copy of this Order to the defendant.

3. WILLIAM CISEK, Esquire is hereby directed to review the file in this case and review such records as he determines appropriate and then amend the pleadings if he is able to do so to set forth with particularity why this case should not be dismissed by the court as failing to be timely filed.

4. The court will not act further on the proceeding and not grant any further relief in this proceeding such as ordering transcripts until the court is persuaded by pleading that the case is not subject to dismissal for being untimely filed.

BY THE COURT,

_____
OLIVER J. LOBAUGH, Judge

cc: Edward J. McNatt, DL-7334, P.O. Box 1000, Houtzdale, PA 16698
    District Attorney
    Public Defender
    William Cisek, Esquire

HWW/pjg

71