IN THE COMMONWEALTH PLEAS COURT OF
VENANGO COUNTY, PENNSYLVANIA

Exhibit 25C

COMMONWEALTH OF PENNSYLVANIA :
:
    Vs. : CP182/1998 & CP183/1998
:
EDWARD JOSEPH MCNATT, :
    Petitioner. :

APPLICATION FOR IMMEDIATE HEARING ON
THE PENDING PETITION FOR WRIT OF
HABEAS CORPUS

TO THE HONORABLE, JUDGE OLIVER J. LOBAUGH OF VENANGO COUNTY, PENNSYLVANIA:

Petitioner, Edward Joseph McNatt, pro se, moves for an immediate hearing on his pending Petition for Writ of Habeas Corpus, and represents:

1. Petitioner has an appeal pending before this Court from his judgment of sentence for forgery and theft by deception.

2. Petitioner has filed a Petition for Writ of Habeas Corpus with this Court seeking relief from, illegal sentence, double jeopardy, prosecutorial misconduct, ineffective assistance of counsel, and unlawfully induced plea when petitioner is absolutely innocent of any forgery charge in Venango County and has been already charged and convicted of the forgery's of all the checks, in Lackawanna County.

3. Petitioner has filed a Petition for Writ of Habeas Corpus with this Court seeking relief from the sentence of theft by deception where, as the prosecutor noted on record, happened while petitioner was already incarcerated on the forgery charges in Lackawanna County and could not of committed the offense sentenced too.

4. Because of the extraordinary circumstances, an immediate hearing is necessary on the Petition for Writ of Habeas Corpus.

Dated this 7th day of October 2004.

Respectfully Submitted,

*Edward Joseph McNatt*
Edward Joseph McNatt
Inst. No. DL-6772

77