

*Exhibit 26*

**RECEIVED OCT 28 2004 DISTRICT ATTORNEY**

## Supreme Court of Pennsylvania
Western District

October 27, 2004

John A. Vaskov, Esq.
Deputy Prothonotary

Patricia A. Nicola
Chief Clerk

801 City-County Building
Pittsburgh, PA 15219
412-565-2816
www.aopc.org

Marie T. Veon, Esq.
Venango County District Attorney's Office
1168 Liberty Street
Franklin, PA 16323

RE:   Commonwealth v. Edward Joseph McNatt, Pet
      **No. 77 WM 2004**
      Venango County Court of Common Pleas
      Agency/Trial Court Docket Number:   CR182-1998
                                          CR183-1998
      Intermediate Court Docket Number:

Dear Attorney Veon:

This is to advise that the below listed item(s) was/were received in the above-captioned matter.

   Application for Leave to File Original Process
   Petition for Writ of Habeas Corpus

An original and eight (8) copies of either the Brief in Opposition, or a letter stating that a Brief in Opposition will not be filed, is required to be filed within fourteen (14) days after service. An additional three (3) days may be added if service was effectuated by mail. See Rule Pa.R.A.P. 121(e).

Very truly yours,

Office of the Prothonotary

/dad

cc:   Mr. Edward Joseph McNatt
      The Honorable Oliver J. Lobaugh
      Judge

*78*