Exhibit 27a

Dear Mrs. Veon:

Find enclosed, your copy of my Application For Leave To File Original Process.

Mrs. Veon, I am well aware that you were not the Prosecuting Attorney at my sentencing but, I was ordered by the Supreme Court to sent it to you. At the time of my sentencing, Mr. Robert Grossi was the Prosecuting Attorney.

I must apologize to you for this but, I have tried to resolve these issues in your County but I got nowhere. Please know that I do not, in any way, hold you responsible for the actions caused by my then, Public Defender, Blair Hindman and the Prosecutor, Robert Grossi.

Thank you for your time on this matter.

Respectfully Submitted,

Edward Joseph McNatt

c.c: inmate file



RECEIVED OCT 2 7 2004 DISTRICT ATTORNEY

79