Edward Joseph McNatt
Inst. No. DL-6772
P.O. Box 1000
Houtzdale, PA 16698

RECEIVED NOV 1 6 2004 DISTRICT ATTORNEY

Dear Ms. Veon:

Find enclosed a copy of my MOTION FOR NOMINAL BAIL PENDING APPEAL which has been filed in the Pennsylvania Supreme Court.

This Proof of Service satisfies the requirements of Pa.R.A.P. 121.

DATED: November 12, 2004                           *Edward Joseph McNatt*

82