Exhibit 31



SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT



JOHN A. VASKOV, ESQUIRE
DEPUTY PROTHONOTARY

PATRICIA A. NICOLA
CHIEF CLERK

801 CITY-COUNTY BUILDING
PITTSBURGH, PA 15219-2463
(412) 565-2816
www.aopc.org

November 23, 2004

Mr. Edward Joseph McNatt
DL-6772
P.O. Box 1000
Houtzdale, PA 16698

Re: Commonwealth v. Edward Joseph McNatt
No. 77 WM 2004

Dear Mr. McNatt:

    We are returning herewith the original and all copies of your "Motion for Nominal Bail Pending Appeal," received in our office on November 15, 2004, because it is not an appropriate filing. The matter pending at No. 77 WM 2004 is an Application for Leave to File Original Process/Petition for Writ of Habeas Corpus. Habeas corpus is an extraordinary remedy that is neither an appeal nor a substitute for appeal. There is no basis for seeking bail in connection with a habeas corpus petition.

Very truly yours,

Office of the Prothonotary

cc: Marie T. Veon, Esq.

92