12-05-cv-  
William Cisek, Esq

IN THE COMMON PLEAS COURT IN  
VENANGO COUNTY PENNSYLVANIA

NOV 2 ~ 2004

Exhibit 32

RE: REQUEST TO PROCEED PRO SE

Petitioner, Edward Joseph McNatt, requests this Honorable Court to dismiss William Cisek, Esq., as PCRA counsel and submits the following:

1. Petitioner submits that he has a pending PCRA in this court.

2. Petitioner submits that Honorable Judge Lobaugh issued William Cisek, Esq., as PCRA counsel.

3. Petitioner submits that on July 28, 2004, petitioner's counsel was ordered to show cause why, petitioner's PCRA should not be dismissed as being untimely filed.

4. Petitioner submits that four (4) months has elapsed and counsel has done nothing in regards to showing cause why his PCRA should not be dismissed as being untimely filed.

5. Petitioner submits that he has sent information in order to aid his counsel in showing cause and he has not filed anything in his behalf.

6. Petitioner's records from Lackawanna County and his mental health records are important evidence in his case and even though he informed counsel, counsel did not make any attempt to obtain these records.

7. Counsel, after being told that petitioner has been convicted of a crime in which he is absolutely innocent, did nothing to amend his PCRA to reflect these issues.

8. Counsel has been ineffective and has not responded to the many letters sent to him by petitioner.

9. Counsels failure to do anything to help petitioner is ineffective assistance and denies petitioner access to this Honorable Court.

93

WHEREFORE, petitioner respectfully requests that William Cisek, Esq., be removed as PCRA counsel and petitioner be allowed to proceed pro se and amend his PCRA.

Respectfully Submitted,

*Edward Joseph McNatt*

Edward Joseph McNatt
Inst. No. DL-6772
P.O. Box 1000
Houtzdale, PA 16698

94

NAME  EDWARD MCNATT
NUMBER  DL 6772
P.O. BOX 1000
HOUTZDALE PA 16698-1000

PA Dept of Corrections
Inmate Mail




02 1A
0004332067   NOV
MAILED FROM ZIP COD

HONORABLE OLIVER J. LOBAUGH
C/O CLERK OF COURT
VENANGO COUNTY COURTHOUSE
FRANKLIN, PA 16323

Inmate Mail
PA Department of Corrections

16323/1252

95