Exhibit 35a

COMMONWEALTH OF PENNSYLVANIA

VS.

EDWARD JOSEPH MCNATT

C.P.# 182/1998 & 183/1998
CHARGE(S): FORGERY
THEFT BY DECEPTION

SUPERIOR COURT # _____  VENCO _____ # _____

## NOTICE OF APPEAL

Notice is hereby given that Edward Joseph McNatt, above named, hereby appeals to the Superior Court of Pennsylvania from the Sentence entered in this matter. Defendants habeas corpus is Deemed Denied by Operation of Law.

*Edward Joseph McNatt*
Defendant

Notice of Appeal and Proof of Service served upon the following:

Venango County Dist. Atty's. Ofc.
Judge, Oliver J. Lobaugh
Court Administrator



RECEIVED FEB 1 8 2005 DISTRICT ATTORNEY

98

PROOF OF SERVICE

I hereby certify that I am this day serving the foregoing notice of Appeal upon the persons and in the manner indicated below, which service satisfies the requirements of Pa.R.A.P. 122:

HONORABLE: OLIVER J. LOBAUGH
VENANGO COUNTY COURTHOUSE
FRANKLIN, PA 16323

DISTRICT ATTORNEY'S OFFICE
VENANGO COUNTY COURTHOUSE
FRANKLIN, PA 16323

COURT ADMINISTRATOR
VENANGO COUNTY COURTHOUSE
FRANKLIN, PA 16323

In accordance with Pa.R.A.P. 1911 (Order for Transcript) a Notice of Appeal having been filed in this matter the official court reporter is hereby ordered to produce, certify and file the transcript in this matter in conformity with Rule 1922.

*Edward J. McNatt*
Edward J. McNatt/Defendant
DL-6772
P.O. Box 1000
Houtzdale, PA 16698

DATE: Feb. 14, 2005

NOTE: Under 18 Pa.C.S.A. # 4904 (Unsworn Falsification to Authorities), a knowingly false proof of service constitutes a misdemeanor of the second degree.

SERVICEE BY FIRST CLASS MAIL