# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 77 WM 2004

  Respondent

v.

EDWARD JOSEPH MCNATT,

  Petitioner

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of January, 2005, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus, Application for Immediate Hearing, and Motion to Dismiss Commonwealth's Filing as Untimely and Request for Relief are denied.

*— Case closed*
*P.C to Supreme ct*
*1/27/05*
*MBK*

A True Copy Patricia Nicola
As of: January 21, 2005
Attest: *Patricia Nicola*
Chief Clerk
Supreme Court of Pennsylvania

97