IN THE COURT OF COMMON PLEAS OF
VENANGO COUNTY PENNSYLVANIA

Exhibit 36

COMMONWEALTH OF PENNSYLVANIA :
:
VS. : No. CP182/1998 & CP183/1998
:
EDWARD JOSEPH MCNATT :
:

APPLICATION FOR AN IMMEDIATE HEARING ON
THE PENDING PETITION FOR WRIT OF
HABEAS CORPUS

TO THE HONORABLE, THE PRESIDENT JUDGE AND JUDGES OF VENANGO COUNTY:

Petitioner, Edward Joseph McNatt, pro se, hereby moves for an immediate hearing on his pending Petition For Writ of Habeas Corpus, and represents:

1. Petitioner has an appeal pending before this Court from his judgement of of sentence for forgery and theft by deception.

2. Petitioner has filed a Petition for Writ of Habeas Corpus with this Court seeking justice on absolute innocence and double jeopardy violations.

3. Over 120 days has elapsed without Petitioner receiving any information or date for an evidentiary hearing.

4. Petitioner is arguing absolute innocence, double jeopardy, prosecutorial misconduct, ineffective assistance of counsel and crime(s) being a single criminal episode.

WHEREFORE, for each of the foregoing reasons, it is requested that this Court grant an immediate hearing on the pending "Petition for Writ of Habeas Corpus."

FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA

2005 FEB 28 A 10: 56

PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

Respectfully Submitted,

*Edward J. McNatt*
Edward J. McNatt, pro se

102