Exhibit 37

# The Superior Court of Pennsylvania
## Office of the Prothonotary

GRANT BUILDING
310 GRANT STREET, SUITE 600
PITTSBURGH, PA 15219-2297

DAVID A. SZEWCZAK, ESQUIRE
PROTHONOTARY

ELEANOR R. VALECKO
DEPUTY PROTHONOTARY

(412) 565-7592
FAX: (412) 565-7711
WEBSITE: www.superior.pacourts.us

February 16, 2005

Peggy Miller, Clerk of Courts
Court House
1168 Liberty Street
Franklin, Pa. 16323

In Re: Commonwealth v Edward McNatt
No. 182/1998 & 183/1998

Dear Ms. Miller:

Pursuant to Pa.R.A.P. 751(a), we are forwarding the appeal received in the above-captioned matter to your office.

Very truly yours,

*Eleanor R. Valecko*

DEPUTY PROTHONOTARY

ERV/smc
Cc: Edward Joseph McNatt

FILED COMMON PLEAS COURT VENANGO COUNTY, PA
2005 FEB 18 A 9:58
PEGGY L. MILLER PROTHONOTARY AND CLERK OF COURTS

103