Edward J. McNatt
DL-6772
P.O. Box 1000
Houtzdale, PA 16698

Peggy Miller-Prothonotary
Venango County Courthouse
Liberty Street
Franklin, PA 16323

March 16, 2005

Dear Mrs. Miller:

Find enclosed my Praecipe for Entry of Order. Over 120 days has elapsed and nothing has been heard, nor has any hearing been granted. The Pa.R.A.P. states that Habeas Corpus Motions filed with the Court must be decided within 20 days. In order for me to pursue my appeal and civil suit in the higher Court, I must first, have the Order denying my Habeas Corpus Petition.

Kindly enter the Order in this case, deeming my Petition, Denied by Operation of Law.

Thank you for your time and concern on this matter. I look forward to hearing from you soon.

Respectfully Submitted,

*Edward J. McNatt*
Edward J. McNatt

c.c: file

FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA
2005 MAR 21 P 4: 08
PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

104