IN THE COMMON PLEAS COURT OF
VENANGO COUNTY, PENNSYLVANIA

Exhibit 38b

COMMONWEALTH OF PENNSYLVANIA :
:
VS. : No. CP182/1998 & CP183/1998
:
EDWARD JOSEPH MCNATT :

PRAECIPE FOR ENTRY OF ORDER

Edward Joseph McNatt, petitioner's Habeas Corpus Motion, under the above captioned number requires prompt attention and represents a situation requiring a formal entry of an order filed in this Court which will have the effect of a formal appealable order pursuant to Pennsylvania's Rule of Appellate Procedure, Rule 301(e); Commonwealth v. Gordon, 438 Pa.S 166, 652 A.2d 317 (1974).

Petitioner hereby requests that this Praecipe for Entry of an Order be filed and docketed accordingly.

Respectfully Submitted;

*Edward Joseph McNatt*
Edward Joseph McNatt

Dated: March 16, 2005

FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA
2005 MAR 21 P 4: 08
PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

105