APR 07 2005

Edward M Nott
DL 6772
P.O. Box 1000
Houtzdale, PA 16698

Carol E. Hutchison
Court Administrator
Venango Co. Courthouse
Franklin, PA 16323

April 4, 2005

RE: CP182-1998 & CP183-1998

Dear Mrs. Hutchison:

I have the following Motions/Petitions pending in your Court:

1) P.C.R.A., Filed 7-28-2004;
2) Petition for Writ of Habeas Corpus, Filed 10-12-2004;
3) Application for Immediate Hearing on Pending Writ of Habeas Corpus, Filed 3-01-2005;
4) Motion to remove William Cisek, Esq. as Counsel, Submitted Feb. 2005, but never Filed; and
5) Petition for Appeal, remanded back to Peggy Miller from the Superior Court on 02-16-2005, but never filed.

Would you kindly tell me, when any of the above titled Motions/Petitions are scheduled for hearing? If there are no scheduled dates, could you please tell me why?

Thank you for your time and concern on this matter. I look forward to hearing from you soon.

Respectfully Submitted,

Edward M Nott

c.c: Gary Hutchison
Sue Smith
Larry Horn
Peggy Miller
File

106

Dear Mrs. Smith: 4-4-05

    Find enclosed a corrected copy of my letter to the Court Administrator, trying to find out what is going on with my motions filed in your Court, that are being ignored.

                    Respectfully Submitted,

                    Edward McNatt

...ward McNatt
DL 6772
...1000
...LE PA 16698-1000

**PA Dept of Corrections**
**Inmate Mail**

UNITED STATES POSTAGE PITNEY BOWES
02 1A $ 00.37⁰
0004332067 APR 05 2005
MAILED FROM ZIP CODE 16651

VENANGO COUNTY COURTHOUSE
C/O COMMISSIONER SUE SMITH
FRANKLIN, PA 16323

...ent of Corrections

16323/1252

108