Exhibit 41

In the Court of Common Pleas of Venango County, Pennsylvania
Criminal Division

Commonwealth of Pennsylvania :
:
vs. :
:
Edward McNatt, :
    Defendant. : C.R. No. 182 and 183-2005 ~~2005~~ 94

### ORDER OF COURT

AND NOW, this 5th day of May, 2005, the Motion to Continue filed in this matter by William Cisek, Esquire, is hereby GRANTED. The Motion to Remove William Cisek is hereby scheduled for the 19th day of May, 2005, at 11:30 a.m. The District Court Administrator shall make arrangements to have the Defendant participate via video conferencing. Attorney William Cisek shall inform the Defendant in writing that the hearing has been continued.

BY THE COURT,

_____
OLIVER J. LOBAUGH, JUDGE

CC: District Attorney
    William J. Cisek, Esquire
    Ct. Crier

ideo conf. no. (814) 497-1058
Houtzdale (Qonetta Chechanick)
Fax: (814) 378-1030

113