Exhibit 42

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
: VENANGO COUNTY, PENNSYLVANIA
vs. :
:
EDWARD J. MCNATT : C.R. NO. 182 - 1998
: C.R. NO. 183 - 1998

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2005 MAY 23 P 12:07
PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

## ORDER OF COURT

AND NOW, May 19, 2005, the Court has for consideration the motion to remove counsel in this matter filed *pro se* by the defendant, Edward J. McNatt. The Court has conducted a hearing on the motion at which time the defendant participated by video conferencing from SCI Houtzdale and also, the attorney for the defendant, William Cisek, appeared and participated in the hearing as well. Assistant District Attorney Maria Batista-Kerle appeared on behalf of the Commonwealth. The defendant had an opportunity to speak with his attorney, Mr. Cisek, prior to the hearing and the defendant has stated that it is his desire at this point to withdraw the motion to remove counsel and to allow Mr. Cisek to continue to represent him in this matter.

Therefore, the motion to remove counsel is hereby withdrawn.

BY THE COURT,

_____
OLIVER J. LOBAUGH, Judge

Cc: Court Recorder, ekr
    DA
    W. Cisek, Esquire

1

/14