FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA

2005 JUN 30 A 10:49

PEGGY L. MILLER
CLERK OF COURTS

JUN 27 200

Exhibit 435

Edward J. McNatt
DL-6772
P.O. Box 1000
Houtzdale, PA 16698

June 23, 2005

Judge Oliver J. Lobaugh
Venango County Courthouse
Franklin, PA 16323

Honorable Judge Lobaugh:

Please find enclosed, my Amendment In Support of my PCRA, dated the 19th day of May, 2005. The reason I am sending this to you is because, on May 3, 2005, you dismissed my Petition for Writ of Habeas Corpus, without considering the merits of my case. It was denied due to "hybrid" representation. On page one (1) of your decision, you stated that I could raise the issues in the habeas corpus, on my PCRA. The issue of absolute innocence is not presented on my PCRA because I was not aware of this until, after I filed my PCRA.

Immediately following our video conference, I sent a copy of this Amendment to William Cisek, Esq. and asked him to add this enclosure to my PCRA and remove the original Amendment. Again, nothing has been done and my letters to him, have been ignored. This is denying me the opportunity to prove my innocence and is denying me access to the Court because I cannot file anything on my own behalf.

After talking to Mr. Cisek prior to the video conference hearing and during the hearing itself, I was under the assumption that he was going to represent me.

Your Honor, in all due respect, I am asking that you order this Amendment to be added to my PCRA. How can I have effective representation if counsel refuses to acknowledge letters and never discusses any strategies with me?

Sir, all I am looking for is justice and nothing more. I am trying to get this matter cleared up in your court. If the court would of been aware of all the facts, my maximum release date, justfully so, should of been October 20, 2003. I understand that you sentenced me on the information you were presented and was not aware of the D.A.'s malicious prosecution.

Your Honor, I humbly pray that this Court will order this Amendment to be added to my PCRA and an evidentiary hearing held at the earliest possible convenience.

Thank you for your time and concern on this matter. I look forward to hearing from you soon.

Respectfully Submitted,

Edward J. McNatt

C.C: U.S.DIST.CT
     FILE