*Exhibit 44b*



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE
### 1101 S. Front Street
### Harrisburg, Pa. 17104 - 2519

### NOTICE OF BOARD DECISION

NAME: EDWARD JOSEPH MCNATT
INSTITUTION:   SCI - HOUTZDALE

PAROLE NO:   0312V
INSTITUTION NO:   DL6772

AS RECORDED ON OCTOBER 19, 2004 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT OF 1941, AS AMENDED, 61 P.S. § 331.1 ET SEQ., THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED. THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

THE RECOMMENDATION MADE BY THE DEPARTMENT OF CORRECTIONS.

YOUR UNACCEPTABLE COMPLIANCE WITH PRESCRIBED INSTITUTIONAL PROGRAMS.

YOU WILL BE REVIEWED IN OR AFTER MARCH, 2005, OR EARLIER, IF RECOMMENDED BY THE DEPARTMENT OF CORRECTIONS STAFF.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE PARTICIPATED IN/SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR:  SUBSTANCE ABUSE, INCLUDING THERAPEUTIC COMMUNITY IF RECOMMENDED BY THE DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE

(CONTINUE ON PAGE 2)

FILE COPY

Notice of Board Decision
PBPP 15(08/02)

ACTION RELEASED

10/27/04

/32

PAROLE NO:  0312V

(CONTINUED FROM PAGE 1)
DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE
DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

YOUR EFFORT TO SECURE AN APPROVED HOME PLAN WILL BE SUBMITTED TO THE BOARD AT
THE TIME OF REVIEW.

KBR  10/19/2004

FILE COPY

Lawrence F. Murray

Lawrence F. Murray
Board Secretary

Notice of Board Decision
PBPP 15(08/02) 2 of 2

/33