Exhibit 44d

NOTICE OF BOARD DECISION
PBPP-15 (6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 06/28/2002

CLIENT NAME: EDWARD JOSEPH MCNATT  
INSTITUTION: SCI - HOUTZDALE

PAROLE NO: 0312V  
INSTITUTION NO: DL6772

AS RECORDED ON 06/28/2002 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE HAS DETERMINED THAT THE FAIR ADMINISTRATION OF JUSTICE CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE. YOU ARE THEREFORE REFUSED PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER SEPTEMBER, 2003, OR EARLIER, IF RECOMMENDED BY THE DEPARTMENT OF CORRECTIONS.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR SUBSTANCE ABUSE.
WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE DEPARTMENT OF CORRECTIONS.
WHETHER YOU HAVE RECEIVED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

KLD 06/28/2002

FILE COPY

KATHLEEN ZWIERZYNA  
BOARD SECRETARY

136

NOTICE OF BOARD DECISION
PBPP-15(6/96)

**COMMONWEALTH OF PENNSYLVANIA**
**PENNA. BOARD OF PROBATION AND PAROLE**

DATE: 05/17/2001

CLIENT NAME: EDWARD JOSEPH MCNATT          PAROLE NO: 0312V
INSTITUTION: SCI - HOUTZDALE              INSTITUTION NO: DL6772

AS RECORDED ON 05/17/2001 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE HAS DETERMINED THAT THE FAIR ADMINISTRATION OF JUSTICE CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE. YOU ARE THEREFORE REFUSED PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER JUNE, 2002.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE SUCCESSFULLY PARTICIPATED IN A TREATMENT PROGRAM FOR: SUBSTANCE ABUSE AND MENTAL HEALTH PROBLEMS.
WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE DEPARTMENT OF CORRECTIONS.
WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).
UPDATED MENTAL HEALTH EVALUATION, INCLUDING CURRENT MEDICATIONS, TO BE AVAILABLE AT TIME OF REVIEW.

KLD 05/17/2001

FILE COPY

*Kathleen Zwierzyna*
KATHLEEN ZWIERZYNA
BOARD SECRETARY

MK 5/23/01
SL
137