# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000182-1998
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 1 of 9

## CASE INFORMATION

Judge Assigned:                                            Date Filed: 02/12/1998     Initiation Date: 02/12/1998
OTN: F0538344                                              Lower Court Docket No: CR-0000420-97
Initial Issuing Authority: William G Martin                Final Issuing Authority: William G Martin
Case Local Number Type(s)                                  Case Local Number(s)
    Criminal ID#                                               CR-0000420-97
    Legacy Docket Number                                       1998-182

## STATUS INFORMATION

Case Status: Active          Processing Status:   Awaiting Omnibus Pre-Trial Motion
                                                  Hearing

## DEFENDANT INFORMATION

Year Of Birth:    1969        City/State/Zip: Houtzdale, PA 16698-1000

Venango County, S.S.
Certified from the Record
to be a full and true copy

Alias Name
Mcnatt, Edward J.
Mcnatt, Edward J.                                 AUG 0 2 2005
Mcnatt, Edward Joseph

## CASE PARTICIPANTS

Participant Type          Name                    PEGGY L. MILLER
Defendant                 Mcnatt, Edward J.       PROTHONOTARY

## BAIL INFORMATION

**Mcnatt, Edward J.**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 01/01/1980 | Migrated Bail Type | | $5,000.00 | | |

AOPC 9082 - Rev 08/02/2005                                                          Printed: 08/02/2005

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000182-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 2 of 9

## CHARGES

| Sequence Grade | Section/ Description Statute Description | Plea Offense Date | Disposition | OTN |
|---|---|---|---|---|
| 1 | 18 § 4101 §§A2 Forgery-Unauthorized Act In Writing | 07/14/1997 | | F0538344 |
| 2 | 18 § 3922 §§A1 Theft By Decep-False Impression | 07/14/1997 | | F0538344 |
| 3 | 18 § 4101 §§A2 Forgery-Unauthorized Act In Writing | 07/14/1997 | | F0538344 |
| 4 | 18 § 3922 §§A1 Theft By Decep-False Impression | 07/14/1997 | | F0538344 |

## COMMONWEALTH INFORMATION
Name: Robert S Bell, Asst Da, Esq.
District Attorney
Supreme Court No:
Address:

## ATTORNEY INFORMATION
Name: William John Cisek, Esq.
Court Appointed - Private
Supreme Court No: 088482
Counsel Status: Active
Address:
Wilson & Thompson, L.L.C.
135 Windemere Lane
Cranberry PA 16319

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000182-1998**
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 3 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| 1 | 01/28/1998 | PETITION AND ORDER, FILED. TPR TAN |
| | | PETITION AND ORDER, FILED. TPR TANNER OR AGENT OF PSP ARE TO PROCEED TO SCI-CAMP HILL, PA AND TAKE INTO THEIR CUSTODY DEFT FOR APPEARANCE AT PRELIMINARY HEARING & ARRAIGNMENT THEN RETURN DEFT TO CAMP HILL, PA |
| | Migrated, Filer | |
| 1 | 02/05/1998 | PRELIMINARY ARRAIGNMENT DEFENDANT C |
| | | PRELIMINARY ARRAIGNMENT DEFENDANT COMMITTED TO VENANGO COUNTY JAIL/DEFAULT OF BAIL $5,000.00 |
| | Migrated, Filer | |
| 1 | 02/11/1998 | WAIVER OF PRELIMINARY HEARING DEFEN |
| | | WAIVER OF PRELIMINARY HEARING DEFENDANT RE-COMMITTED TO VENANGO COUNTY JAIL/DEFAULT OF BAIL |
| | Migrated, Filer | |
| 2 | 02/11/1998 | PRAECIPE TO ENTER APPEARANCE & WAIV |
| | | PRAECIPE TO ENTER APPEARANCE & WAIVER OF ARRAIGNMENT, FILED. ARRAIGNMENT DATE: MARCH 3, 1998 |
| | Migrated, Filer | |
| 1 | 02/12/1998 | Original Papers Received from Lower Court |
| | Unknown Filer | |
| 1 | 03/04/1998 | MOTION FOR DISCOVERY & ORDER OF COU |
| | | MOTION FOR DISCOVERY & ORDER OF COURT PRETRIAL DISCOVERY & INSPECTION SHALL BE DELIVERED BY THE D. A. NO LATER THAN (14) DAYS AFTER ARRAIGNMENT CT. DATE: 3-17-98 |
| | Migrated, Filer | |
| 1 | 04/27/1998 | MOTION TO CONTINUE & ORDER OF COURT |
| | | MOTION TO CONTINUE & ORDER OF COURT, FILED. TRIAL IN THIS MATTER IS CONTINUED TO: JUNE 8, 1998 TRIAL TERM. |
| | Migrated, Filer | |

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



Docket Number: **CP-61-CR-0000182-1998**

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 4 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| 1 | 06/02/1998 | MOTION TO CONTINUE & ORDER OF COURT |
|   |   | MOTION TO CONTINUE & ORDER OF COURT, FILED  JURY SELECTION CONTINUED TO 8/10/98 |
|   | Migrated, Filer |   |
| 1 | 06/08/1998 | INFORMATION FILED. |
|   |   | INFORMATION FILED. |
|   | Migrated, Filer |   |
| 1 | 07/21/1998 | MOTION TO COMPEL DISCOVERY AND ORDE |
|   |   | MOTION TO COMPEL DISCOVERY AND ORDER OF COURT FILED. HEARING: JULY 27, 1998 AT 3:00 P.M. CT RM 1 |
|   | Migrated, Filer |   |
| 1 | 07/27/1998 | ORDER OF COURT, FILED. DISTRICT ATT |
|   |   | ORDER OF COURT, FILED. DISTRICT ATTORNEY IS DIRECTED TO DELIVER A COPY OF THE POLICE REPORT TO DEFENSE COUNSEL WITHIN 24 HRS. ON REPORT FROM DEFENSE COUNSEL, THE FAILURE OF THE DA TO DELIVER THE REPORT, THE COURT WILL IMOSE A FINE OF $25.00 PER DAY AGAINST MARIE T VEON, DA FOR FAILURE TO PROVIDE DISCOVERY. DEFENSE COUNSEL WILL FURNISH TO THE COMMONWEALTH'S ATTORNEY, A LIST OF THE WITNESSES SHE INTENDS TO CAL BY NAME,ADDRESS ON THE DAY OF THE CALL OF THE LIST. THIS CASE IS SCHEDULED FOR TRIAL WITH CR 183. IN SEPTEMBERS TRIAL TERM. JURY SELECTION: 9-8-98. TRIAL DATE TO BE DETERMINED AT CALL OF LIST |
|   | Migrated, Filer |   |
| 1 | 08/31/1998 | MOTION TO CONTINUE  RE-ARRAIGNMENT |
|   |   | MOTION TO CONTINUE RE-ARRAIGNMENT CONTINUED UNTIL 9/15/98 AT 1:30 PM |
|   | Migrated, Filer |   |
| 1 | 09/09/1998 | MOTION, FILED.  VENANGO CO SHERIFF |
|   |   | MOTION, FILED.  VENANGO CO SHERIFF TO TRANSPORT DEFT TO & FROM SCI-HOUTZDALE  FOR RE-ARRAIGNMENT ON 9/15/98 |
|   | Migrated, Filer |   |

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000182-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 5 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| 1 | 09/15/1998 | GUILTY PLEA ENTERED  CT #1 FORGERY |
|   |   | GUILTY PLEA ENTERED  CT #1 FORGERY (F3) (CC 4101-A2) |
|   | Migrated, Filer |   |
| 1 | 09/17/1998 | MOTION TO TRANSPORT DEFENDANT FOR S |
|   |   | MOTION TO TRANSPORT DEFENDANT FOR SENTENCE COURT ON 10-20-98, PRESENTED TO THE COURT AND GRANTED. SHERIFF OF VENANGO COUNTY OR ONE OF HIS DEUPTIES, TRANSPORT THE ABOVE-CAPTIONED DEFENDANT FROM SCI-HOUTZDALE, PA TO VEN.CO.PRISON BY OCTOBER 19, 1998 AS DEFENDANT IS SCHEDULED TO BE SENTENCED ON TWO CASES ON OCTOBER 20, 1998 SENTENCE COURT. EXIT (2) CERT. SHERIFF. |
|   | Migrated, Filer |   |
| 1 | 10/20/1998 | SENTENCE, FILED CT#1- FORGERY (F3) |
|   |   | SENTENCE, FILED CT#1- FORGERY (F3) (CC4101-A2)  PAY COSTS - FINE: $300.00   RESTITUTION: $159.17  WM & FRANCES REESE   WESTERN DIAGNOSTIC: 16 MONTHS - 84 MONTHS   COMP: AT EXP OF SENTENCE IMPOSED AT CR 183-1998. SENTENCE IMPOSED SHALL RUN CONSECUTIVELY TO THE SENTENCE IMPOSED AT CR 183-1998. TOTAL CONFINEMENT HEREBY IMPOSED IS: 32 MONTHS - 144 MONTHS. |
|   | Migrated, Filer |   |
| 2 | 10/20/1998 | MOTION TO ENTER A NOLLE PROSEQUI TO |
|   |   | MOTION TO ENTER A NOLLE PROSEQUI TO COUNTS 2 & 3 AND GRANTED |
|   | Migrated, Filer |   |
| 3 | 10/20/1998 | EXIT COMMITMENT /WESTERN MAILED TO |
|   |   | EXIT COMMITMENT /WESTERN MAILED TO HOUTZDALE ON 10-29-98 SEE ENTRY |
|   | Migrated, Filer |   |
| 4 | 10/20/1998 | DOCKET TRANSCRIPT - AOPC |
|   |   | DOCKET TRANSCRIPT - AOPC |
|   | Migrated, Filer |   |

AOPC 9082 - Rev 08/02/2005                                                                                      Printed: 08/02/2005

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



Docket Number: CP-61-CR-0000182-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 6 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| 1 | 10/29/1998 | JUDGMENT FILING FEE ADDED/COSTS OF |
| | | JUDGMENT FILING FEE ADDED/COSTS OF $19.50 TO PROTHONOTARY-VEN CO  TOTAL RESTITUTION, COSTS & FINES $684.17   CIV 1885-1998 |
| | Migrated, Filer | |
| 2 | 10/29/1998 | MAILED COPIES OF ALL RECORDS CR 182 |
| | | MAILED COPIES OF ALL RECORDS CR 182 & 183-1998 TO:  SCI HOUTZDALE PO BOX 1000 HOUTZDALE, PA 16698 ATT:RECORDS  SENT CERTIFIED MAIL: P 574 814 226 |
| | Migrated, Filer | |
| 1 | 02/17/1999 | MOTION TO PROCEED NUNC PRO TUNC POS |
| | | MOTION TO PROCEED NUNC PRO TUNC POST SENTENCE MOTIONS, FILED |
| | Migrated, Filer | |
| 1 | 03/12/1999 | ORDER OF COURT, FILED.  MOTION TO P |
| | | ORDER OF COURT, FILED.  MOTION TO PROCEED NUNC PRO TUNC IN FILING POST-SENTENCE MOTIONS  IS DENIED |
| | Migrated, Filer | |
| 1 | 08/07/2001 | SATISFACTION ON JUDGMENT SIGNED BY |
| | | SATISFACTION ON JUDGMENT SIGNED BY H.WILLIAM WHITE, P.J. |
| | Migrated, Filer | |
| 1 | 04/14/2004 | Motion for Refund of Fines and Costs |
| | Court of Common Pleas - Venango County | |
| 1 | 07/12/2004 | Motion for Transcripts |
| | Court of Common Pleas - Venango County | |
| 1 | 07/14/2004 | Motion for Post-Conviction Collateral Relief |
| | Court of Common Pleas - Venango County | |

AOPC 9082 - Rev 08/02/2005                                              Printed: 08/02/2005

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000182-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 7 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments | Service Type | Service To |
|---|---|---|---|---|
| 1 | 07/28/2004 Lobaugh, Oliver J. | Order Granting Post-Sentence Motion | | |
| 1 | 10/12/2004 Mcnatt, Edward J. | Petition for Writ of Habeas Corpus Filed | | |
| 1 | 01/21/2005 Supreme Court of Pennsylvania - Western District | Supreme Court 77 WM 2004 | | |
| 2 | 01/21/2005 Supreme Court of Pennsylvania - Western District | Order Denying Petition for Writ of Habeas Corpus<br>Per Curiam,<br>    AND NOW, this 21st day of January, 2005, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus, Application for Immediate Hearing, and Motion to Dismiss Commonwealth's Filing as Untimely and Request for Relief are denied.   Patricia Nicola, Supreme Court Chief Clerk | | |
| 1 | 03/01/2005 Mcnatt, Edward J. | Application for Immediate Hearing on Pending Writ of Habeas Corpus | | |
| 1 | 05/03/2005 Lobaugh, Oliver J. | Opinion<br>FOR THE FOREGOING REASONS, THE DEFT MOTIONS, IN THE NATURE OF A PETITION FOR WRIT OF HABEAS CORPUS, APPLICATION FOR IMMEDIATE HEARING PENDING WRIT OF HABEAS CORPUS AND A PETITION FOR APPEAL ARE HEREBY DISMISSED.<br><br>CC: DA,DEFT,WJC | | |

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



Docket Number: CP-61-CR-0000182-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 8 of 9

### ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| 2 | 05/03/2005 | Order Scheduling Hearing on Motion for Removal of Counsel |
|   |   | HEARING SCHEDULED FOR MAY 13 2005 1:30PM |
|   |   | THE DISTRICT COURT ADMINISTRATOR SHALL MAKE ARRANGEMENTS TO HAVE THE DEFT PARTICIPATE IN SAID HEARING BY VIDEO CONFERENCING |
|   |   | MAY 3 2005 |
|   |   | SCI HOUTZDALE |
|   |   | VIDEO CONF. NO. |
|   |   | 814 497-1058 |
|   |   | CONTACT DORETTA CHENCHARICK |
|   | Lobaugh, Oliver J. |   |
| 1 | 05/05/2005 | Order Scheduling Hearing |
|   |   | MAY 19 2005 11:30AM |
|   |   | CC: DA,WJC,CT CRIER |
|   | Lobaugh, Oliver J. |   |
| 1 | 05/19/2005 | Order Withdrawing Motion to Remove Counsel |
|   | Lobaugh, Oliver J. |   |
| 1 | 06/08/2005 | Transcript of Proceedings Filed: STATE SENTENCE 10-20-98 AT 4:24PM FILED E MELISSA R KEATING |
|   | Court of Common Pleas - Venango County |   |

### CASE FINANCIAL INFORMATION

Last Payment Date:                                     Total of Last Payment: $0.00

| Mcnatt, Edward J. Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Plea (Venango) | $75.00 | $0.00 | ($75.00) | $0.00 | $0.00 |

AOPC 9082 - Rev 08/02/2005                                            Printed: 08/02/2005

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000182-1998

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania  
v.  
Edward J Mcnatt

Page 9 of 9

| Mcnatt, Edward J.<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| Court Costs (Venango) | $3.00 | $0.00 | ($3.00) | $0.00 | $0.00 |
| Nolle Prosse (Venango) | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Magistrate Fee (Venango) | $19.60 | $0.00 | ($19.60) | $0.00 | $0.00 |
| State Cost (Venango) | $8.96 | $0.00 | ($8.96) | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $13.44 | $0.00 | ($13.44) | $0.00 | $0.00 |
| JCP | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $15.00 | $0.00 | ($15.00) | $0.00 | $0.00 |
| Crimes Commission Cost (Act 96 of 1984) | $15.00 | $0.00 | ($15.00) | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |
| Firearm Education and Training Fund (158 of 1994) | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Public Defender (Venango) | $50.00 | $0.00 | ($50.00) | $0.00 | $0.00 |
| Costs/Fees Totals: | $225.00 | $0.00 | ($225.00) | $0.00 | $0.00 |
| **Fines** | | | | | |
| Crimes Code, etc. | $300.00 | $0.00 | ($300.00) | $0.00 | $0.00 |
| Fines Totals: | $300.00 | $0.00 | ($300.00) | $0.00 | $0.00 |
| **Restitution** | | | | | |
| Restitution | $159.17 | $0.00 | ($159.17) | $0.00 | $0.00 |
| Restitution | $19.50 | $0.00 | ($19.50) | $0.00 | $0.00 |
| Restitution Totals: | $178.67 | $0.00 | ($178.67) | $0.00 | $0.00 |
| Grand Totals: | $703.67 | $0.00 | ($703.67) | $0.00 | $0.00 |

** - Indicates assessment is subrogated