# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000183-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 1 of 9

### CASE INFORMATION

Judge Assigned:                                    Date Filed: 02/12/1998     Initiation Date: 02/12/1998
OTN: E9204145                                      Lower Court Docket No: CR-0000315-97
Initial Issuing Authority: William G Martin        Final Issuing Authority: William G Martin
Case Local Number Type(s)                          Case Local Number(s)
  Criminal ID#                                       CR-0000315-97
  Legacy Docket Number                               1998-183

### STATUS INFORMATION

Case Status: Active          Processing Status:    Awaiting Omnibus Pre-Trial Motion
                                                   Hearing

### DEFENDANT INFORMATION

Year Of Birth:     1969           City/State/Zip:  Houtzdale, PA 16698-1000

Alias Name
Mcnatt, Edward J.
Mcnatt, Edward J.
Mcnatt, Edward Joseph

Venango County, SS
Certified from the Record
to be a full and true copy

AUG 0 2 2005

PEGGY L. MILLER
PROTHONOTARY/CLERK OF COURTS

### CASE PARTICIPANTS

Participant Type            Name
Defendant                   Mcnatt, Edward J.

### BAIL INFORMATION

**Mcnatt, Edward J.**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 01/01/1980 | Migrated Bail Type | | $2,000.00 | | |

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



**Docket Number: CP-61-CR-0000183-1998**
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 2 of 9

## CHARGES

| Sequence / Grade | Section/ Description / Statute Description | Plea / Offense Date | Disposition | OTN |
|---|---|---|---|---|
| 1 | **18 § 4105 §§A1** Bad Checks | 08/06/1997 | | E9204145 |
| 2 | **18 § 4105 §§A1** Bad Checks | 08/06/1997 | | E9204145 |
| 3 | **18 § 4105 §§A1** Bad Checks | 08/06/1997 | | E9204145 |
| 4 | **18 § 4105 §§A1** Bad Checks | 08/06/1997 | | E9204145 |
| 5 | **18 § 4105 §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 6 | **18 § 4105 §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 7 | **18 § 4105 §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 8 | **18 § 4105 §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 9 | **18 § 4105 §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 10 | **18 § 4105 §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 11 | **18 § 4105 §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 12 | **18 § 4105 §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 13 | **18 § 3922 §§A1** Theft By Decep-False Impression | 08/06/1997 | | E9204145 |
| 14 | **18 § 3922 §§A1** Theft By Decep-False Impression | 08/06/1997 | | E9204145 |

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



**Docket Number: CP-61-CR-0000183-1998**
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 3 of 9

| | | | | |
|---|---|---|---|---|
| 15 | **18 § 3922 §§A1** | | | E9204145 |
| | Theft By Decep-False Impression | 08/06/1997 | | |
| 16 | **18 § 3922 §§A1** | | | E9204145 |
| | Theft By Decep-False Impression | 08/06/1997 | | |
| 17 | **18 § 3922 §§A3** | | | E9204145 |
| M1 | Theft By Deception-Fail To Correct | 08/06/1997 | | |
| 18 | **18 § 3922 §§A3** | | | E9204145 |
| | Theft By Deception-Fail To Correct | 08/06/1997 | | |
| 19 | **18 § 3922 §§A3** | | | E9204145 |
| | Theft By Deception-Fail To Correct | 08/06/1997 | | |
| 20 | **18 § 3922 §§A3** | | | E9204145 |
| | Theft By Deception-Fail To Correct | 08/06/1997 | | |
| 21 | **18 § 3925 §§A** | | | E9204145 |
| | Receiving Stolen Property | 08/06/1997 | | |
| 22 | **18 § 3925 §§A** | | | E9204145 |
| | Receiving Stolen Property | 08/06/1997 | | |
| 23 | **18 § 3925 §§A** | | | E9204145 |
| | Receiving Stolen Property | 08/06/1997 | | |
| 24 | **18 § 3925 §§A** | | | E9204145 |
| | Receiving Stolen Property | 08/06/1997 | | |

### COMMONWEALTH INFORMATION
**Name:** Robert S Bell, Asst Da, Esq.
District Attorney
**Supreme Court No:**
**Address:**

### ATTORNEY INFORMATION
**Name:** William John Cisek, Esq.
Court Appointed - Private
**Supreme Court No:** 088482
**Counsel Status:** Active
**Address:**
Wilson & Thompson, L.L.C.
135 Windemere Lane
Cranberry PA 16319

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



Docket Number: CP-61-CR-0000183-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 4 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| 1 | 02/11/1996 | WAIVER OF PRELIMINARY HEARING DEFEN |
| | | WAIVER OF PRELIMINARY HEARING DEFENDANT RE-COMMITTED TO VENANGO COUNTY JAIL/DEFAULT OF BAIL |
| | Migrated Filer | |
| 1 | 02/06/1998 | PRELIMINARY ARRAIGNMENT DEFENDANT C |
| | | PRELIMINARY ARRAIGNMENT DEFENDANT COMMITTED TO VENANGO COUNTY JAIL/DEFAULT OF BAIL $2,000.00 |
| | Migrated Filer | |
| 1 | 02/11/1998 | PRAECIPE TO ENTER APPEARANCE & WAIV |
| | | PRAECIPE TO ENTER APPEARANCE & WAIVER OF ARRAIGNMENT, FILED. ARRAIGNMENT DATE: MARCH 3, 1998 |
| | Migrated Filer | |
| 1 | 02/12/1998 | Original Papers Received from Lower Court |
| | Unknown Filer | |
| 1 | 03/04/1998 | MOTION FOR DISCOVERY & ORDER OF COU |
| | | MOTION FOR DISCOVERY & ORDER OF COURT  PRETRIAL DISCOVERY & INSPECTION SHALL BE DELIVERED BY THE D. A.  NO LATER THAN (14) DAYS AFTER ARRAIGNMENT CT. DATE: 3-17-98 |
| | Migrated Filer | |
| 1 | 04/27/1998 | MOTION TO CONTINUE & ORDER OF COURT |
| | | MOTION TO CONTINUE & ORDER OF COURT, FILED. TRIAL IN THIS MATTER IS CONTINUED TO: JUNE 8, 1998 TRIAL TERM. |
| | Migrated Filer | |
| 1 | 06/02/1998 | MOTION TO CONTINUE & ORDER OF COURT |
| | | MOTION TO CONTINUE & ORDER OF COURT, FILED  JURY SELECTION CONTINUED UNTIL 8/10/98 TERM |
| | Migrated Filer | |
| 1 | 06/08/1998 | INFORMATION FILED. |
| | | INFORMATION FILED. |

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000183-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 5 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| | | Migrated Filer |
| 1 | 07/21/1998 | MOTION TO COMPEL DISCOVERY AND ORDE |
| | | MOTION TO COMPEL DISCOVERY AND ORDER OF COURT FILED. HEARING: JULY 27, 1998 AT 3:00 P.M. CT RM 1 |
| | Migrated Filer | |
| 1 | 08/31/1998 | MOTION TO CONTINUE RE-ARRAIGNMENT |
| | | MOTION TO CONTINUE RE-ARRAIGNMENT CONTINUED UNTIL 9/15/98 AT 1:30 PM |
| | Migrated Filer | |
| 1 | 09/09/1998 | MOTION, FILED. VENANGO CO SHERIFF |
| | | MOTION, FILED. VENANGO CO SHERIFF TO TRANSPORT DEFT FROM & TO SCI-HOUTZDALE TO APPEAR FOR RE-ARRAIGNMENT 9/15/98 |
| | Migrated Filer | |
| 1 | 09/15/1998 | GUILTY PLEA ENTERED CT #5 THEFT B |
| | | GUILTY PLEA ENTERED CT #5 THEFT BY DECEPTION (M1) (CC 3922-A3) |
| | Migrated Filer | |
| 1 | 09/17/1998 | MOTION TO TRANSPORT DEFENDANT FOR S |
| | | MOTION TO TRANSPORT DEFENDANT FOR SENTENCE COURT ON 10-20-98, PRESENTED TO THE COURT AND GRANTED. SHERIFF OF VENANGO COUNTY OR ONE OF HIS DEPUTIES, TRANSPORT THE ABOVE-CAPTIONED DEFENDANT FROM SCI-HOUTZDALE, PA, TO VEN.CO.PRISON BY OCTOBER 19, 1998, AS DEFENDANT IS SCHEDULED TO BE SENTENCED ON TWO CASES ON OCTOBER 20, 1998 SENTENCE COURT. EXIT (2) CERT. SHERIFF. |
| | Migrated Filer | |
| 1 | 10/20/1998 | SENTENCE, FILED CT#5- THEFT BY DECE |
| | | SENTENCE, FILED CT#5- THEFT BY DECEPTION (M1) (CC3922-A1) PAY COSTS - FINE: $300.00  RESTITUTION: $853.15  HENRY STRICEK  WESTERN DIAGNOSTIC: 16 MONTHS - 60 MONTHS  COMPUTED: 10-20-98 |
| | Migrated Filer | |

AOPC 9082 - Rev 08/02/2005                                       Printed: 08/02/2005

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000183-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 6 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| 2 | 10/20/1998 | MOTION TO ENTER A NOLLE PROSEQUI TO |
| | | MOTION TO ENTER A NOLLE PROSEQUI TO COUNTS 1,2,3,4,6,7,8,9,10 AND GRANTED |
| | Migrated Filer | |
| 3 | 10/20/1998 | EXIT COMMITMENT /WESTERN |
| | | EXIT COMMITMENT /WESTERN |
| | Migrated Filer | |
| 4 | 10/20/1998 | DOCKET TRANSCRIPT - AOPC |
| | | DOCKET TRANSCRIPT - AOPC |
| | Migrated Filer | |
| 1 | 10/29/1998 | JUDGMENT FILING FEE ADDED/COSTS OF |
| | | JUDGMENT FILING FEE ADDED/COSTS OF $19.50 TO PROTHONOTARY-VEN CO  TOTAL COSTS, FINES & RESTITUTION $1,319.15   CIV 1886-1998 |
| | Migrated Filer | |
| 1 | 02/17/1999 | MOTION TO PROCEED NUNC PRO TUNC POS |
| | | MOTION TO PROCEED NUNC PRO TUNC POST SENTENCE MOTIONS, FILED |
| | Migrated Filer | |
| 1 | 03/12/1999 | ORDER OF COURT, FILED.  MOTION TO P |
| | | ORDER OF COURT, FILED.  MOTION TO PROCEED NUNC PRO TUNC IN FILING POST-SENTENCE MOTIONS  IS DENIED |
| | Migrated Filer | |
| 1 | 04/14/2004 | Motion for Refund of Fines and Costs |
| | Court of Common Pleas - Venango County | |
| 1 | 07/12/2004 | Motion for Transcripts |
| | Court of Common Pleas - Venango County | |

AOPC 9082 - Rev 08/02/2005                                                                                          Printed: 08/02/2005

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000183-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 7 of 9

## ENTRIES

| Document Number / Issue Date | CP Filed Date / Filed By | Title/Entry/Comments / Service Type / Service To |
|---|---|---|
| 1 | 07/14/2004 | Motion for Post-Conviction Collateral Relief |
|   | Court of Common Pleas - Venango County | |
| 1 | 07/28/2004 | Order Granting Post-Sentence Motion |
|   | Lobaugh, Oliver J. | |
| 1 | 10/12/2004 | Petition for Writ of Habeas Corpus Filed |
|   | Mcnatt, Edward J. | |
| 1 | 03/01/2005 | Application for Immediate Hearing on Pending Writ of Habeas Corpus |
|   | Mcnatt, Edward J. | |
| 1 | 05/03/2005 | Opinion |
|   |   | FOR THE FOREGOING REASONS, THE DEFT MOTIONS, IN THE NATURE OF A PETITION FOR WRIT OF HABEAS CORPUS, APPLICATION FOR IMMEDIATE HEARING PENDING WRIT OF HABEAS CORPUS AND A PETITION FOR APPEAL ARE HEREBY DISMISSED. |
|   |   | CC: DA,DEFT,WJC |
|   | Lobaugh, Oliver J. | |
| 2 | 05/03/2005 | Order Scheduling Hearing on Motion for Removal of Counsel |
|   |   | HEARING SCHEDULED FOR MAY 13 2005 1:30PM |
|   |   | THE DISTRICT COURT ADMINISTRATOR SHALL MAKE ARRANGEMENTS TO HAVE THE DEFT PARTICIPATE IN SAID HEARING BY VIDEO CONFERENCING |
|   |   | MAY 3 2005 |
|   |   | SCI HOUTZDALE |
|   |   | VIDEO CONF. NO. |
|   |   | 814 497-1058 |
|   |   | CONTACT DORETTA CHENCHARICK |
|   | Lobaugh, Oliver J. | |

AOPC 9082 - Rev 08/02/2005                                    Printed: 08/02/2005

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000183-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 8 of 9

## ENTRIES

| Document Number Issue Date | CP Filed Date Filed By | Title/Entry/Comments Service Type | Service To |
|---|---|---|---|
| 1 | 05/05/2005 | Order Scheduling Hearing MAY 19 2005 11:30AM | |
| | | CC: DA,WJC,CT CRIER | |
| | Lobaugh, Oliver J. | | |
| 1 | 05/19/2005 | Order Withdrawing Motion to Remove Counsel | |
| | Lobaugh, Oliver J. | | |
| 1 | 06/08/2005 | Transcript of Proceedings Filed: STATE SENTENCE 10-20-98 AT 4:24PM FILED B MELISSA R KEATING | |
| | Court of Common Pleas - Venango County | | |

## CASE FINANCIAL INFORMATION

Last Payment Date:  07/15/2005                                         Total of Last Payment:  ($12.35)

| Mcnatt, Edward J. Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Plea (Venango) | $75.00 | $0.00 | ($75.00) | $0.00 | $0.00 |
| Court Costs (Venango) | $3.00 | $0.00 | ($3.00) | $0.00 | $0.00 |
| Nolle Prosse (Venango) | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Magistrate Fee (Venango) | $21.90 | ($21.90) | $0.00 | $0.00 | $0.00 |
| State Cost (Venango) | $7.86 | ($7.82) | $0.00 | $0.00 | $0.04 |
| Commonwealth Cost - HB627 (Act 16 of 1992) | $6.74 | ($5.51) | $0.00 | $0.00 | $1.23 |
| JCP | $1.50 | ($1.50) | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $15.00 | $0.00 | ($15.00) | $0.00 | $0.00 |
| Crimes Commission Cost (Act 96 of 1984) | $15.00 | $0.00 | ($15.00) | $0.00 | $0.00 |

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



Docket Number: CP-61-CR-0000183-1998
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 9 of 9

| Mcnatt, Edward J.<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| Domestic Violence Compensation (Ac 44 of 1988) | $10.00 | ($8.15) | $0.00 | $0.00 | $1.85 |
| Firearm Education and Training Fund (158 of 1994) | $5.00 | ($4.09) | $0.00 | $0.00 | $0.91 |
| Costs/Fees Totals: | $166.00 | ($48.97) | ($113.00) | $0.00 | $4.03 |
| **Fines** | | | | | |
| Crimes Code, etc. | $300.00 | ($206.73) | ($45.16) | $0.00 | $48.11 |
| Fines Totals: | $300.00 | ($206.73) | ($45.16) | $0.00 | $48.11 |
| **Restitution** | | | | | |
| Restitution | $853.15 | $0.00 | ($853.15) | $0.00 | $0.00 |
| Restitution | $19.50 | $0.00 | ($19.50) | $0.00 | $0.00 |
| Restitution Totals: | $872.65 | $0.00 | ($872.65) | $0.00 | $0.00 |
| Grand Totals: | $1,338.65 | ($255.70) | ($1,030.81) | $0.00 | $52.14 |

** - Indicates assessment is subrogated