IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD JOSEPH MCNATT,            )
     Petitioner.               )
                                    )
    vs.                             )  C.A.No. 05-124 Erie
                                    )
JUDGE OLIVER J. LOBAUGH,         )
     Respondent.               )


APPLICATION FOR AN IMMEDIATE HEARING ON ACTUAL INNOCENCE
ON THE PENDING PETITION FOR WRIT OF HABEAS CORPUS


Petitioner, Edward Joseph McNatt, pro se, hereby moves for an immediate hearing on his actual innocence claim on his pending Petition For Writ of Habeas Corpus and represents:

1. Petitioner has an appeal pending before this Court from his judgement of sentence for forgery and theft by deception.

2. Petitioner has filed a petition for writ of habeas corpus with this Court seeking justice on actual innocence, double jeopardy, malicious prosecution, and ineffective assistance of counsel violations.

3. Respondent's, filing an answer to petitioner's writ of habeas corpus in this Court, agreed that the crimes on docket CP183/1998 occurred on August 7, 1997.

4. Petitioner has produced evidence that he has in fact, been incarcerated since July 20, 1997 to the present date. On July 20, 1997, petitioner was arrested in Lackawanna County, Pennsylvania where he went before the Magistrate and bail was set at $50,000.00. Petitioner could not post bail. See enclosed.

5. Petitioner's maximum release date on all other cases imposed is October 20, 2005.

6. Petitioner is arguing, and has submitted proof to this Court of his actual innocence and is in fear that, if this issue is not heard immediately, he will remain incarcerated for a crime he could not have committed.

WHEREFORE, for each of the foregoing reasons, it is requested that this Court grant an immediate hearing on the pending issue of actual innocence in petitioner's pending writ of habeas corpus.

Signed this 5th day of September, 2005.

Respectfully Submitted,

*Edward Joseph McNatt*
Edward Joseph McNatt,
Petitioner, pro se

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY
## DOCKET



**Docket Number: CP-35-CR-0001446-1997**
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Edward Joseph Mcnatt

Page 1 of 5

## CASE INFORMATION

Judge Assigned:  
OTN: F0211956  
Initial Issuing Authority:  
Case Local Number Type(s)  
    Legacy Docket Number

Date Filed: 08/07/1997  
Lower Court Docket No: CR-0000183-97  
Final Issuing Authority: Joseph S Toczydlowski  
Case Local Number(s)  
    1997-1446

## STATUS INFORMATION

Case Status:    Closed  
Processing Status:    Migrated Case

Case Next Events:

## DEFENDANT INFORMATION

Year Of Birth:    1969    City/State/Zip: Houtzdale, PA 16698-1000

Alias Name  
Mcnatt, Edward J.

## CASE PARTICIPANTS

Participant Type    Name  
Defendant    Mcnatt, Edward Joseph

## BAIL INFORMATION

**Mcnatt, Edward Joseph**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 07/20/1997 | Monetary | | $50,000.00 | | |

3. SENTENCE STRUCTURE

**Commitment Credit**
02-09-97 to 02-19-97, 07-20-97 to 10-30-97

| Item | Computation 1 | Computation 2 | Computation 3 | | |
|---|---|---|---|---|---|
| Indictments Included | CR183/1998<br>CR182/1998 | CP1446/1997<br>CP312/1997<br>CR168/1996 | | | |
| Effective Date | 10/20/1998 | 08/04/1997 | | | |
| Expiration of Minimum | 06/20/2001 | 01/04/2000 | | | |
| Expiration of Maximum | 10/20/2010 | 08/04/2003 | | | |
| Custody for Return – PV | | | | | |
| Delinquent Time | | | | | |
| Backtime Credit | | | | | |
| Backtime Owed | | | | | |
| New Maximum – PV | | | | | |
| Sentence Computation Date | 12/07/2002 | 12/07/2002 | | | |
| Basis for Computation | Initial | Initial | | | |
| Total Sentence | 2y8m - 12y | 2y5m - 6y | | | |
| Status | Active | Active | | | |

PROOF OF SERVICE

    I, Edward Joseph McNatt, petitioner, pro se, hereby certify that on this 5th day of September, 2005, I caused to be served a true and correct copy of the foregoing document titled Application for an Immediate Hearing on Actual Innocence on the pending Petition for Writ of Habeas Corpus by First Class Mail to the following:

MARIA BATTISTA KERLE, ESQ.
Assistant District Attorney
Attorney of Record
Venango County Courthouse
Franklin, PA 16323

Signed this 5th day of September, 2005.

                                              Edward Joseph McNatt,
                                              Petitioner, pro se

Dear Clerk:

Find enclosed, an original of my Application for an Immediate Hearing on Actual Innocence on the Pending Petition for Writ of Habeas Corpus, as well as a proof of service.

Signed this 5th day of September, 2005.

*Edward Joseph McNatt*
Edward Joseph McNatt,
Petitioner, pro se
DL-6772
P.O. Box 1000
Houtzdale, PA 16698