IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH MCNATT,<br>   Petitioner,<br><br>  v.<br><br>JUDGE OLIVER J. LOBAUGH, et al.,<br>   Respondents. | )<br>)<br>)<br>)  C.A. No. 05-124 ERIE<br>)<br>)<br>) |

**O R D E R**

AND NOW, this 14th day of September, 2005;

IT IS HEREBY ORDERED that the Clerk of Courts shall re-docket this case as a Petition for Writ of Habeas Corpus (State), rather than a Prisoner Civil Rights case.

              S/Susan Paradise Baxter
              SUSAN PARADISE BAXTER
              CHIEF U.S. MAGISTRATE JUDGE

cc:  All parties of record