IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD JOSEPH McNATT,         )
        Petitioner    )
                              )
        v.                    )  Civil Action No. 05-124 E
                              )
JUDGE OLIVER J. LOBAUGH, et al. )
        Respondents   )

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, to-wit, this __9th__ day of June, 2006, the above named individual having appeared before this Court and having been sworn to testify truthfully as to his financial ability to hire counsel and the Court being satisfied as a result thereof that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania, 16501, telephone number (814) 455-8089, is hereby appointed to represent the individual in all matters pertaining to this matter.

    PRIMARY COUNSEL:   Thomas W. Patton
                              Assistant Federal Public Defender
                              PA ID # 88653

                                        s/Susan Paradise Baxter
                                        SUSAN PARADISE BAXTER
                                        Chief United States Magistrate Judge

RECEIVED

JUN - 8 2006

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA