IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD JOSEPH McNATT,            )
        Petitioner,           )
                                      )
                                      ) C.A. No. 05-124 Erie
                                      )
JUDGE OLIVER J. LOBAUGH,          )
        Respondent.           )

## ORDER

AND NOW, this 9th day of June, 2006;

IT IS HEREBY ORDERED that an evidentiary hearing in the above-entitled action is scheduled for Thursday, June 29, 2006, at 9:30 a.m. in Courtroom B, U.S. District Court, 17 South Park Row, Erie, Pennsylvania.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                                            s/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            CHIEF U.S. MAGISTRATE JUDGE


cc:       all parties of record
             Warden - SCI Houtzdale
             Ron Bench - Court Reporter