IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH McNATT | ) |
| | ) |
| vs. | )   C.A. NO. 05-124 ERIE |
| | ) |
| JUDGE OLIVER J. LOBAUGH | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania

TO: Warden - SCI Houtzdale

GREETINGS:

    WE COMMAND YOU, in the name and by the authority aforesaid that Edward J. McNatt, Prisoner No. DL-6772, under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on Thursday, June 29, 2006 at 9:30 a.m. for a hearing before Susan Paradise Baxter, United States Magistrate Judge, then and there to permit the said person, Edward J. McNatt, DL-6772, as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

    When the said person, Edward J. McNatt, DL-6772, is no longer needed as a witness before this Court, Edward J. McNatt, DL-6772, shall be returned to SCI Houtzdale.

    AND have you then and there this writ.

    WITNESS, The Honorable Susan Paradise Baxter
Chief Magistrate Judge of the United States
District Court this 9th Day of June, 2006, at Erie,
Pennsylvania.

_____
Clerk of Court

By: _____
Deputy Clerk