IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD JOSEPH McNATT,              )
      Petitioner,                      )
                                       )
                                       )  C.A. NO. 05 – 124 ERIE
JUDGE OLIVER J. LOBAUGH,            )
      Respondent.                      )

**ORDER**

AND NOW, this _____ day of _____, 2006; upon consideration of Respondent's Motion to Dismiss, IT IS HEREBY ORDERED AND DECREED that the above-entitled matter be, and is thereby denied.

**BY THE COURT:**

_____
**SUSAN PARADISE BAXTER
CHIEF U.S. MAGISTRATE JUDGE**