IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH MCNATT   ) | |
| ) | |
| ) | |
| Petitioner(s)   ) | |
| ) | |
| v.   ) | Civil Action No. 05-124 ERIE |
| ) | |
| JUDGE OLIVER J. LOGAUGH   ) | Document No. 20 |
| Respondent(s)   ) | |

### ORDER REQUIRING PAYMENT OF PROCESSING FEE AND SANCTION

WHEREAS, the Court's Electronic Case Filing Policies and Procedures, which have been in effect since July 1, 2005, make electronic filing mandatory in this district; and

WHEREAS, attorneys and their staff have been able to receive free training in the use of the Court's Case Management/Electronic Case Files (CM/ECF); and

WHEREAS, the Court has determined that a processing fee and sanctions of $150.00 per document be paid each time an attorney files a document by means other than the Court's CM/ECF system, unless leave of Court has been granted to file the document under seal; and

WHEREAS, the attorney named below has filed a document on paper or disk,

IT IS HEREBY ORDERED, Attorney _____Brenda Servidio_____ shall within ten (10) days pay a processing fee and sanctions of $150.00 for failure to file a document with this Court electronically by use of the CM/ECF system. This fee must be paid from the funds of the attorney or his law firm. Counsel shall not charge to or collect the $150.00 from the client as a fee, cost, expense, or other charge in this case.

IT IS FURTHER ORDERED, additional documents filed by the attorney prior to payment of the processing fee and sanctions of $150.00 shall be stricken from the record.

_____                    By: _____
            Date                                                                  United States District Judge

cc: Financial Administrator