# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Edward Joseph McNatt ) | |
| ) | |
| ) | |
| Plaintiff ) | No.   CA 05-124 Erie |
| vs. ) | |
| Judge Oliver J. Lobaugh, et al ) | |
| ) | |
| ) | |
| Defendants ) | |

HEARING ON  June 29, 2006   Evidentiary Hearing

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

| Thomas W. Patton, Esq., Federal P.D. | Brenda Servidio, Esq., DA's Office Venango County |
|---|---|
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun   10:00 am | Hearing Adjourned to |
| Hearing concluded C.A.V.   12:00 pm | Stenographer  Heather Noss  CD:   Index: |

**WITNESSES**

| For Plaintiff | For Defendant |
|---|---|

Oral argument on exhaustion issue.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

____WESTERN____ DISTRICT OF ____PENNSYLVANIA____

Edward Joseph McNatt

V.

Judge Oliver J. Lobaugh, et al

**EXHIBIT AND WITNESS LIST**

Case Number: CA 05-124 Erie

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan Paradise Baxter | Thomas W. Patton, Esq., Federal P.D. | Brenda Servidio, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 29, 2006 | Heather Nass | Frank Fogl |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 6/29/06 | X | X | Transcript of Plea Colloquy on Sept. 15, 1998 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages