SANCTION FEE PD.
$150.00
CA 05-124 E

```
          UNITED STATES
          DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
              Erie Division

         # 06000485 - DM dm
           July 10, 2006


   Code    Case #    Qty      Amount

   SANCTFEE 05-124 E   1 @ 150.00
                           150.00 CH


   TOTAL->               150.00


  FROM: COUNTY OF VENANGO
        BRENDA SERVIDIO
```