IN THE COURT OF COMMON PLEAS OF
VENANGO COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA :
: C.R. NO.s 182,183-1998
V. :
:
EDWARD J. MCNATT, :
    Petitioner.

### ORDER OF COURT

AND NOW, this 26th day of January, 2006, the Court has for consideration the Verified Motion to Dismiss Petition for Post Conviction Collateral Relief filed by the Defendant through counsel, William J. Cisek, Esquire. It is hereby Ordered and Decreed that the Defendant's Motion is GRANTED and the Petition is hereby DISMISSED.

BY THE COURT,

_____
OLIVER J. LOBAUGH, JUDGE

CC: DA
William Cisek, Esquire
Edward McNatt, DL 6772, PO BOX 1000, Houtzdale, PA 16698

**PETITIONER'S EXHIBIT B**