IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH McNATT, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) C. A. No. 05-124 Erie |
| | ) |
| JUDGE OLIVER LOBAUGH, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER

The Petitioner's Motion to Reconsider Memorandum Order Adopting Magistrate Judge's Report and Recommendation is hereby **GRANTED**. This case is remanded to United States Magistrate Susan Paradise Baxter for further consideration.

_____
SEAN J. McLAUGHLIN
UNITED STATES DISTRICT JUDGE