IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH McNATT, | ) |
| | ) |
|    Petitioner | ) |
| | ) |
|    v. | )   C.A. No. 05-124 Erie |
| | ) |
| JUDGE OLIVER J. LOBAUGH, | ) |
| | ) |
|    Respondent. | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of July, 2007, upon consideration of the Petitioner's Request For an Extension of Time to File Brief, it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

It is FURTHER ORDERED that the Petitioner file a brief addressing the application of the doctrines of exhaustion and/or procedural default to Petitioner's claims, and to specifically address the issue of whether the dismissal of Petitioner's claims as procedurally defaulted would amount to a fundamental miscarriage of justice by July 19, 2007.

 

_____
Susan Paradise Baxter
Chief United States Magistrate Judge