```
COMMONWEALTH OF PENNSYLVANIA        :   IN THE COURT OF COMMON PLEAS
                                    :   VENANGO, PENNSYLVANIA
              VS.                   :   CRIMINAL DIVISION
                                    :
EDWARD J. MCNATT                    :
C/O VCJ                             :   CR No. 183-98
FRANKLIN, PA 16323                  :
     /69                            :
                                    :
```

THE DISTRICT ATTORNEY OF VENANGO COUNTY, by this information charges that on or about Wednesday, the 6th day of August, 1997, in said County of Venango, Pennsylvania, the defendant

COUNT 1-4 - BAD CHECKS - MULTIPLE CHECKS AT ONE BUSINESS - (M2)

did unlawfully issue or pass checks, at Henry's Riverside Market, located in Venango County, PA, as enumerated below by check number, date of check and its amount, all drawn on Account 1845 of the PNC Bank of Oil City, knowing that these checks would not be honored by the drawer:

| Check Number | Date of Check | Amount of Check |
|---|---|---|
| 6555 | 7/12/97 | $200.00 |
| 6557 | 7/14/97 | $173.15 |
| 6558 | 7/15/97 | $200.00 |
| 6560 | 7/18/97 | $200.00 |

Said conduct constitutes (4) counts of Bad Checks [18 P.S. 4105 (a)] and constitutes the defendant's third or subsequent bad check offense within five years.
[18 P.S. 4105]

COUNT 5 - THEFT BY DECEPTION - (M2) M1

did unlawfully and intentionally obtain or withold the property of another by deception in that he created or reinforced a false impression as to law, value, intention or other state of mind; to wit: did the acts described above.
[18 P.S. 3922 (a) (1)].

COUNT 6 - RECEIVING STOLEN PROPERTY - (M3)

did unlawfully or intentionally, at the above location in, Venango County, PA, receive, retain or dispose of the movable property of William and Frances Reese,                     Peckville, PA
, to wit: the above checks, having an aggregate value of $773.15, more or less, knowing the property had been stolen or believing that the property had probably been stolen, the property not having been received, retained, or disposed of by the defendant with the intent to restore it to said owner.
[18 P.S. 3925 (a)].

3

**PETITIONER'S EXHIBIT A**

COUNTS 7-10 - FORGERY - (F3)

did with the intent to defraud or injure Henry's Riverside Market, or with knowledge that he was facilitating a fraud or injury to be perpetrated by anyone, make, complete, execute, authenticate, issue, or transfer any writing, to wit: he did pass the aforementioned checks knowing they had been forged, so that it purported to be the act of Frances Reese, who did not authorize that act, knowing it to be forged in an aforementioned manner.
[18 P.S. 4101 (a)(2)(3)]

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

*Robert Grossi*
ROBERT GROSSI
Attorney for the Commonwealth

[18 P.S. 4105] - M2 $5,000.00/2 years
[18 P.S. 3922 (a) (1)] - M2 - $5,000.00/2 years
[18 P.S. 3925] - M3 - $2,500.00/1 year
[18 P.S. 4101 (a) (2) (3)] - F3 - $15,000.00/7 years

SCHATTAUER/OCPD, Prosecutor

4