1           IN THE COURT OF COMMON PLEAS OF
              VENANGO COUNTY, PENNSYLVANIA

2

3    COMMONWEALTH            :
    OF PENNSYLVANIA        :    COPY
                        :

4    Vs.                 :
                        : CR NO. 182-1998

5    EDWARD MCNATT         : CR NO. 183-1998

6              **PROCEEDINGS OF TRANSCRIPT**

7             **AT TIME OF PLEA COLLOQUY**

8

9            Proceedings in the above-entitled

10   matter had before Honorable H. William White,

11   President Judge, in Courtroom 1, at the

12   Courthouse in Franklin, Venango County,

13   Pennsylvania, Tuesday, September 15, 1998,

14   commencing at 5:06 p.m.

15

16   APPEARANCES:

17

18        ROBERT GROSSI, Assistant District Attorney

19        Appeared on behalf of the Commonwealth

20

21        BLAIR H. HINDMAN, Esquire

22         Appeared on behalf of Edward McNatt

23

24

25         Reported by Lori M. Kupniewski
               Calhoun Reporting

PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

2005 DEC 28  A  9: 14

FILED
COMMON PLEAS COURT
VENANGO COUNTY PA

Lori M. Kupniewski
Official Court Reporter

**PETITIONER'S EXHIBIT B**

1            THE COURT:  All right.  I'm

2     going to take roll.  As your name is called

3     please stand and state either "here" or

4     "present."

5                    (Roll Call was taken.)

6            THE COURT:  The purpose of

7     arraignment is to formally advise you of the

8     charges and also advise you of certain things

9     that occur between now and the time your case

10    is scheduled for trial.  Generally speaking, if

11    you have counsel, you can waive arraignment and

12    take the case directly into court.  However, if

13    you do not have counsel, you cannot waive

14    arraignment because the Court has to be sure

15    you understand your pretrial rights.

16                    Now, if you intend to enter a

17    guilty plea, then we have to go through

18    extensive colloquy to be certain that the plea

19    which you are tendering is knowingly,

20    intelligently, and voluntarily understood by

21    you.

22                    Now, with regard to those of you

23    who are pleading not guilty, I am going to

24    advise you at this time of your pretrial

25    rights:

1       You have the right to file an

2   omnibus pretrial motion for relief within

3   thirty (30) days from today, that is the date

4   of arraignment, unless the opportunity to file

5   a motion did not exist, or you or your attorney

6   or the District Attorney were not aware of the

7   grounds for the motion or unless the time for

8   filing the pretrial motion has been extended by

9   the Court on good cause shown.

10      The types of relief that are

11  normally requested in the pretrial omnimbus

12  motion include, but is not necessarily limited

13  to, the following types of motion:  For

14  continuance, for severance or joinder or

15  consolidation, to suppress evidence, to have a

16  psychiatric assessment, to quash the

17  information, for change of venue or venire, to

18  disqualify a specific judge, to have an

19  investigator appointed, or for a special

20  pretrial conference.

21      You also have a right to file a

22  bill of particulars within seven (7) days

23  following arraignment.  A bill of particulars

24  is a pleading wherein if you are dissatisfied

25  with the form of the information or the

1    specificity of the information, you can request

2    the District Attorney to be more specific in

3    the allegations against you.

4                    You have a right to request

5    pretrial discovery and inspection.  That motion

6    for pretrial discovery and inspection must be

7    filed within fourteen (14) days after

8    arraignment unless the time for filing is

9    extended by the Court.

10                   If you intend to assert a

11   defense of alibi, or a defense of insanity or

12   mental infirmity, you must give written notice

13   of your intention to assert such a defense

14   within thirty (30) days of arraignment.

15                   Now, each of you has a right to

16   an attorney.  If you are not indigent, then you

17   can hire an attorney that you choose.  If you

18   do not know an attorney or do not know how to

19   locate an attorney, the Court Administrator,

20   whose office is in the Judge's Chambers,

21   maintains a list of attorneys who want to

22   practice criminal law, she maintains their

23   hourly rates, and, therefore, could assist you

24   in helping to find an attorney to represent you

25   in your case.

1          If you are indigent -- indigent

2     normally means you are eligible for Department

3     of Public Welfare assistance -- then you may be

4     entitled to Court-appointed counsel, in which

5     event we would assign a Public Defender to

6     represent you, free of charge.  In any event,

7     you have an absolute right to an attorney, and

8     if you are indigent, you are entitled to

9     Court-appointed counsel.

10          Each of you has a right to have

11     a trial, and that is a trial by jury of twelve

12     (12) citizens of the county.  If you elect to

13     be tried by a jury, you and your attorney would

14     fully participate in picking the jury that

15     decides your case.  In Venango County, jurors

16     are picked at random on a computer which is

17     programmed to select jurors from the people who

18     have driver's licenses and who are registered

19     to vote within the county.  You would have a

20     right to exercise an unlimited number of

21     challenges for causes, and you could remove an

22     unlimited number of jurors for cause.  You also

23     have a right to remove six (6) or eight (8)

24     jurors on peremptory challenges for any reason

25     at all.

Lori M. Kupniewski
Official Court Reporter

1                    If you were to be tried by a

2        jury, you could not be convicted unless all the

3        jurors were convinced by legal and competent

4        evidence beyond a reasonable doubt that you are

5        guilty.  If only one juror could not agree to

6        find you guilty, then you could not be

7        convicted.

8                    You could also elect to be tried

9        by a judge alone, instead of a jury, this does

10       require the Court's special permission.

11                   In the course of your trial, you

12       have the right to be present throughout the

13       proceedings, you have a right to see and hear

14       the witnesses as they testify, you have the

15       right to assist your attorney in

16       cross-examining all the witnesses who are

17       called by the District Attorney.  You have the

18       right to use the power of this court to compel

19       the attendance of witnesses and the production

20       of evidence on your behalf.

21                   You have the right to testify at

22       your trial, although you are not required to

23       testify, and if you elected not to testify, the

24       jury or the judge could not consider the fact

25       that you did not testify in any way against

Lori M. Kupniewski
Official Court Reporter

1    you.

2                    The criminal Defendant is

3    presumed to be innocent of the charges against

4    him.    That presumption protects the Defendant

5    throughout the trial.  A defendant has a moral

6    right to force the Commonwealth to prove guilty

7    beyond a reasonable doubt.

8                    Now, for those of you who are

9    pleading guilty today, you are advised that

10   your rights to review on appeal are not as

11   broad if you plead guilty as they would be if

12   you went through a trial.  Normally, if you go

13   through a trial, any issue that is properly

14   raised in the course of the proceedings can be

15   reviewed by an appellate court, and if the

16   judge is wrong on his rulings or an impropriety

17   or another violation of your due process rights

18   occurred, you could receive a new trial.

19   However, if you plead guilty, only four (4)

20   issues could be raised on an appeal from a

21   sentence after the guilty pleas if you are

22   dissatisfied.  Those issues are:  That your

23   plea was unlawfully induced or not voluntarily,

24   understandingly, or intelligently made by you;

25   or that the sentence which we imposed is

Lori M. Kupniewski
Official Court Reporter

1        illegal; or that this Court, for some reason,

2        does not have jurisdiction over your case; or

3        that you did not receive adequate

4        representation from your attorney.

5                        You are also advised, for those

6        of you who are pleading guilty today that if

7        there are other charges that are pending

8        against you in this county, it may be in your

9        best interests to get those other charges

10       resolved before you appear for sentencing on

11       the charges you are pleading guilty to today,

12       since sentences sometimes run concurrently.

13                        For those of you who are

14       pleading guilty, you are advised that you would

15       have until the date of sentencing to file a

16       motion asking to be allowed to withdraw your

17       guilty plea.  If you do not file a motion to

18       change your guilty plea by the date of

19       sentencing, the court rules permit you to file

20       such a motion even within ten (10) days after

21       sentencing.  However, it is much more difficult

22       to have that motion granted if you have waited

23       until after sentencing to file it.  Generally

24       speaking, the motion is liberally granted if

25       you file the amotion to withdraw your guilty

Lori M. Kupniewski
Official Court Reporter

1     plea before sentencing.

2                    THE COURT:  Edward McNatt.

3     Mr. McNatt is present, being represented by

4     Mr. Hindman.  Is there a written plea

5     agreement, Mr. Hindman?

6                    MR. HINDMAN:  Yes, there is,

7     Your Honor.

8                    THE COURT:  I don't have it.  At

9     least I don't think I do.

10                    MR. HINDMAN:  This is the

11     original (indicating.)

12                    THE COURT:  Okay.  Mr. Hindman,

13     what we do -- I know this is different than

14     Jefferson County.  You recite on the record at

15     this point your understanding of the plea

16     agreement, at least the material components.

17                    MR. HINDMAN:  I had the benefit

18     of watching a few predecessors.  This is a

19     negotiated plea agreement which consolidates

20     182 and 183 under this negotiated plea.  The

21     Defendant agrees to plead guilty to Count 1,

22     which is Forgery, a Felony of the Third Degree;

23     and Count 5, which is Theft by Deception,

24     Misdemeanor of the First Degree; in exchange of

25     all other counts.  The information is to be

1           nolle prosed by the Commonwealth.

2                         THE COURT:  Mr. McNatt, the

3           information tells us you live at 2123 Hoffman

4           Avenue, at least one of them does; is that

5           accurate?

6                         MR. MCNATT:  No.

7                         THE COURT:  What do you consider

8           your home address now?

9                         MR. MCNATT:  P.O. Box 1000,

10          Houtzdale, Pennsylvania.

11                        THE COURT:  Now, that sounds

12          like a lock-up.

13                        MR. MCNATT:  Yeah, it is.

14                        THE COURT:  Okay.  I take

15          it -- what are you on parole for?  And you're

16          going to get some -- no, you're brought back

17          here for this.

18                        MR. MCNATT:  Yes.

19                        THE COURT:  So you're at

20          Houtzdale?

21                        MR. MCNATT:  Houtzdale.

22                        THE COURT:  I call it Houtzdale.

23          I'm the judge.  What's the ZIP there?

24                        MR. MCNATT:  16698-1000.  Would

25          you like my institutional number with that

1      also?

2                    THE COURT:  Probably better.

3                    MR. MCNATT:  DL6772.

4                    THE COURT:  Thank you.  All

5      right.  And your date of birth?

6                    MR. MCNATT:  2/14/79.

7                    THE COURT:  And your Social

8      Security number?

9                    MR. MCNATT:  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.

10                   THE COURT:  Are you married?

11                   MR. MCNATT:  No.

12                   THE COURT:  Do you have

13     children?

14                   MR. MCNATT:  Yes.

15                   THE COURT:  How many?

16                   MR. MCNATT:  One.

17                   THE COURT:  That child's sex and

18     age?

19                   MR. MCNATT:  I have a boy, 16

20     months old.

21                   THE COURT:  How far did you go

22     in school?

23                   MR. MCNATT:  I got a total of 10

24     years.

25                   THE COURT:  All right.  And,

1        obviously, you can read and write then.

2                        MR. MCNATT:  Uh-huh.

3                        THE COURT:  In the last two

4        days, have you had any illegal drugs or

5        alcoholic beverages?

6                        MR. MCNATT:  No.

7                        THE COURT:  Any medications?

8                        MR. MCNATT:  No.

9                        THE COURT:  What was your last

10       job?

11                       MR. MCNATT:  I'm working at the

12       prison.  Is that what you're talking about?

13                       THE COURT:  No.  The last

14       civilian job.

15                       MR. MCNATT:  I -- homes.

16                       THE COURT:  What do you do?

17                       MR. MCNATT:  I set houses.

18                       THE COURT:  Okay.  Mr. Hindman,

19       do you have the information there?

20                       MR. HINDMAN:  I do, Your Honor.

21                       THE COURT:  Does he have it in

22       front of him?  We're going to start with one

23       forgery charge.  Mr. McNatt, the Commonwealth

24       has to prove in order to convict you -- I'm not

25       going to go over the other charges since

1    they're nolle prosed -- that on July 14 of

2    last year, you did with the intent to

3    defraud -- now, intent means that it was your

4    conscious objective to facilitate a fraud, make

5    a writing in this case, you wrote checks 6556

6    in the amount of 135.17 drawn from PNC Bank,

7    William and Francis Reese, who didn't authorize

8    the act in Bedler's (phonetic) Village, the key

9    to forging as to writing a bad check from your

10   checking account in your name and so on, forged

11   a signature of somebody and forged a check on

12   somebody else's account purporting to be

13   somebody else.

14                    As I understand it, that's the

15   way it is charged, making the instrument

16   without the authority to do it.  Do you

17   understand?

18                    MR. MCNATT:  Yes, sir.

19                    THE COURT:  Count 5 at C.R. 183,

20   Theft by Deception, alleged that you did on

21   August 6, 1997, at Riverside obtain property,

22   in this case, probably money or groceries, by

23   deception.  And you created a false impression

24   as to your authority to write the checks and as

25   to whether or not the checks were good and

1      honored by the drawer to approve them.  They

2      would have to prove that to get you for Theft

3      by Deception.  Do you understand that?

4                  MR. MCNATT:  Yes, Your Honor.

5                  THE COURT:  And are you

6      confessing to these offenses as substantially

7      as they are charged?

8                  MR. MCNATT:  Yes.

9                  THE COURT:  Please, go ahead,

10     Mr. Hindman, with your factual basis.  Ask

11     questions.

12                 MR. HINDMAN:  Taking you back to

13     the time period between, as the Court has

14     mentioned, July 14, 1997 and August 6, 1997,

15     did you, in fact, write checks to yourself

16     under your true name and sign the back of those

17     checks under a false name?

18                 MR. MCNATT:  I signed the front

19     of the check with a false name.

20                 MR. HINDMAN:  So you did use a

21     name other than your own?

22                 MR. MCNATT:  Yes.

23                 MR. HINDMAN:  Passing any of

24     these checks to a certain establishment?

25                 MR. MCNATT:  Yes.

1                        MR. HINDMAN:  Riverside?

2                        MR. MCNATT:  And Bedler's

3          Village.

4                        MR. HINDMAN:  Did you receive

5          property?

6                        MR. MCNATT:  Yes.

7                        MR. HINDMAN:  What type of

8          property?

9                        MR. MCNATT:  Cash and

10         merchandise.

11                        MR. HINDMAN:  That's all I have,

12         Your Honor.

13                        THE COURT:  Do you want to

14         develop anything?

15                        MR. GROSSI:  Yes, Your Honor.

16         Mr. McNatt, I just want to go to Count 1,

17         Forgery, at 182.  When you wrote that check,

18         you wrote that check signing someone else's

19         name?

20                        MR. MCNATT:  Yes.

21                        MR. GROSSI:  And that was from

22         their bank account as well?

23                        MR. MCNATT:  Yes.

24                        MR. GROSSI:  And that was the

25         one that you cashed at Bedler's Village?

```
 1                          MR. MCNATT:  Yes.

 2                          MR. GROSSI:  And at Riverside,

 3       you cashed a check, and those checks would not

 4       be honored?

 5                          MR. MCNATT:  Yes, I forged them.

 6       Yes.

 7                          MR. GROSSI:  I have nothing

 8       further.

 9                          THE COURT:  Okay.  You're

10       satisfied with the factual basis?

11                          MR. GROSSI:  Yes.

12                          THE COURT:  Okay.  The forgery

13       is a Felony 3.  It carries a maximum of seven

14       (7) years in jail, and $15,000 in fines.  A

15       Theft is an M-II and carries two (2) years in

16       jail and $5,000 in fines, if I run them

17       consecutively.

18                          MR. GROSSI:  Your Honor, on

19       Count 5 of 183-1998, pleading guilty on the

20       plea agreement, that it would be a Misdemeanor

21       in the Third Degree being the amount is below

22       2,000.  And the information was not amended,

23       and I would like to ask that this be amended.

24                          THE COURT:  So we are amending

25       the information to read Misdemeanor I, and that
```

Lori M. Kupniewski
Official Court Reporter

1       changes from what I said to be two (2) years,

2       5,000, to five (5) years --

3                  MR. GROSSI:  10,000.

4                  THE COURT:  -- 10,000.  All

5       right.  So if my math is right, now you could

6       receive six (6) to 12 years and 25,000 in

7       fines.  That's the most you could receive.  And

8       the Judge could lawfully give you that

9       sentence.  Do you understand that?

10                 MR. MCNATT:  Yes.

11                 THE COURT:  Do you understand

12       you're not getting a lighter sentence just

13       because you're pleading guilty?

14                 MR. MCNATT:  Yes, Your Honor.

15                 THE COURT:  Now, the plea

16       agreement is signed by Mr. Hindman, I think,

17       and Mr. Grossi.  And it's dated today.

18       Mr. McNatt, I'm going to hold this up.  Is that

19       your signature on this?

20                 MR. MCNATT:  Yes, Your Honor.

21                 THE COURT:  Did you go over this

22       with Mr. Hindman at the time you signed it?

23                 MR. MCNATT:  Yes.

24                 THE COURT:  Were any promises

25       made to you or any indications or anything else

1       by the DA to get you to plead to this other

2       than what's in the agreement?

3                    MR. MCNATT:  No, Your Honor.

4                    THE COURT:  You're pleading

5       guilty to Forgery, a Misdemeanor 1, Theft by

6       Deception, and the Commonwealth is going to

7       drop all of the other counts, agreed to make

8       restitution to all of the checks even though

9       you're not pleading guilty to all of those.  Do

10      you understand that?

11                   MR. MCNATT:  Yes, Your Honor.

12                   THE COURT:  All right.  We

13      approve the plea agreement.  Has anybody

14      threatened you or used any force in order to

15      make you plead guilty?

16                   MR. MCNATT:  No, Your Honor.

17                   THE COURT:  Has anyone offered

18      you special leniency or parole for your plea?

19                   MR. MCNATT:  No, Your Honor.

20                   THE COURT:  Do you have any

21      questions of me on your trial rights which

22      Judge Lobaugh explained to you earlier?

23                   MR. MCNATT:  No, Your Honor.

24                   THE COURT:  Do you have any

25      questions of me on your appellate rights and

1    how the plea affects your appellate rights?

2                    MR. MCNATT:  No, Your Honor.

3                    THE COURT:  What's your lawyer's

4    name?

5                    MR. MCNATT:  I'm not sure.  It

6    used to be Ham until today.

7                    THE COURT:  You were represented

8    by Shelly Ham?

9                    MR. MCNATT:  Yes.

10                    THE COURT:  And she's being

11    replaced by Mr. Hindman?

12                    MR. MCNATT:  Yes, if that's his

13    name.

14                    THE COURT:  Have you had enough

15    time to meet with Shelly Ham, who was a PD

16    until her resignation -- have you had enough

17    time to meet with her or Mr. Hindman to go over

18    your case?

19                    MR. MCNATT:  Yes, Your Honor.

20                    THE COURT:  You're satisfied

21    with, after talking it over with whoever your

22    lawyer is or has been, that the plea is in your

23    best interest?

24                    MR. MCNATT:  Yes, Your Honor.

25                    THE COURT:  Are you satisfied

1        with the advice and services of Ms. Ham and

2        Mr. Hindman?

3                        MR. MCNATT:  Yes, Your Honor.

4                        THE COURT:  There's some

5        possibility that you will be sentenced by a

6        judge other than me since we now have three

7        judges sitting here from time to time.  Do you

8        have any question about that?

9                        MR. MCNATT:  No, Your Honor.

10                       THE COURT:  And you agree?

11                       MR. MCNATT:  Yes, Your Honor.

12                       THE COURT:  Do you still want to

13       plead guilty to Forgery, a Misdemeanor I,

14       Theft, according to the --

15                       MR. MCNATT:  Yes, Your Honor.

16                       THE COURT:  Do you want to ask

17       me any questions about the plea?

18                       MR. MCNATT:  No, Your Honor.

19                       THE COURT:  All right.  The

20       Court finds that Mr. McNatt has intelligently,

21       voluntarily, understandingly tendered the terms

22       of the plea.  I assume that since you're

23       already in, you have a PSI?  Yes, I have one.

24       You're in on my sentence.

25                       MR. HINDMAN:  No, Your Honor.

Lori M. Kupniewski
Official Court Reporter

1          Your Honor, I would like to make a short

2          statement on that, if I could.

3                         THE COURT:  Okay.

4                         MR. HINDMAN:  He's being

5          held -- during the times these crimes occurred,

6          he was in Lackawanna County.  When Mr. McNatt

7          was traveling back and forth to counties --

8          he's going to be sentenced on -- that's why he

9          wished that I would bring it to the Court's

10         attention when sentence is concurred, bring it

11         into

12         consideration -- same time as these crimes were

13         occurring.

14                        THE COURT:  All right.  Then, I

15         will need it from Lackawanna County.

16                        MR. MCNATT:  I have them, Your

17         Honor.

18                        THE COURT:  Do you have them

19         here in jail?

20                        MR. MCNATT:  No, we couldn't

21         bring them.

22                        THE COURT:  What are we going to

23         do about sentencing him?

24                        MR. MCNATT:  Your Honor --

25                        MR. HINDMAN:  Your Honor, he's

```
 1            engaged in some classes, some educational

 2            courses.  He asked if he could take at least to

 3            October 20.

 4                      THE COURT:  I would like to save

 5            the sheriff the trip.  Is that a problem?

 6                      MR. MARSHALL:  It's not a

 7            problem.

 8                      MR. MCNATT:  Your Honor, I'm

 9            going for my finals this week and next week.

10            I'm trying to get my business degree.  If I

11            miss, I have to take the whole entire course

12            over again.

13                      THE COURT:  You talked me into

14            it.  So you want to be sentenced on November

15            20th?

16                      MR. MCNATT:  Yes, please.

17                      THE COURT:  Okay.  I'm not going

18            to order a PSI.  I'm going to count on you to

19            get us a copy of the PSI out of -- and it was

20            done in Lackawanna County?

21                      MR. MCNATT:  Yes, Your Honor.

22                      THE COURT:  Who was your

23            sentencing judge in Lackawanna County?  How

24            little we remember.  I thought everybody

25            remembered the names of their sentencing judge.
```

Lori M. Kupniewski
Official Court Reporter

1                    MR. MCNATT:  Judge Monely

2         (Phonetic).

3                    THE COURT:  Yes, the older

4         judge.  Does the sheriff need a transport

5         order, or do you already have one?

6                    MR. MARSHALL:  I think we

7         already have one, Judge.

8                    THE COURT:  So you're actually

9         able to get into some programs at --

10                   MR. MCNATT:  I do a lot up

11        there.  I go to school.  As well as getting my

12        degree, I'm tutoring for the class I went in.

13                   THE COURT:  It's hard?

14                   MR. MCNATT:  Because of my

15        college education, it made it hard for me.  I

16        have my little Christian counselling program

17        that I started up there.

18                   THE COURT:  That's a brand new

19        prison, right?

20                   MR. MCNATT:  Two years old.

21                   THE COURT:  Pods like Mercer.

22        Okay.

23

24                   (Hearing concluded at 5:22 p.m.)

25


                        Lori M. Kupniewski
                      Official Court Reporter

1

2

3

4

5

6

7

8                    CERTIFICATE OF COURT REPORTER

9

10                    I hereby certify that the

11         proceedings, evidence and rulings of the court

12         are contained fully and accurately to the best

13         of my ability in the notes taken by me on the

14         hearing of the above petition and that it is a

15         correct transcript of the same.

16

17

18         _____
                        Lori M. Kupniewski
19                    Court Reporter and Notary

20

21

22

23

24

25

                        Lori M. Kupniewski
                        Official Court Reporter

1

2

3

4

5

6

7

8                         APPROVAL OF JUDGE

9

10           The foregoing record of the

11      proceedings had upon the hearing of the above

12      petition is hereby approved and directed to be

13      filed.

14

15

16      _____

17      H. WILLIAM WHITE, PRESIDENT JUDGE

18                                  11/14/05

19

20

21

22

23

24

25

**$**

$15,000
[1] 16:14 <05:14>
$5,000
[1] 16:16 <05:14>

**1**

1
[4] 1:13 9:21 <05:07> 15:16
  <05:13> 18:5 <05:16>
10
[2] 8:20 11:23 <05:09>
10,000
[2] 17:3 17:4 <05:15>
1000
[1] 10:9 <05:08>
12
[2] 5:12 17:6 <05:15>
135.17
[1] 13:6 <05:10>
14
[3] 4:7 13:1 <05:10> 14:14
  <05:12>
15
[1] 1:15
16
[1] 11:19 <05:09>
16698-1000
[1] 10:24 <05:08>
182
[2] 9:20 <05:07> 15:17
  <05:13>
182-1998
[1] 1:5
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
[1] 11:9 <05:09>
183
[2] 9:20 <05:07> 13:19
  <05:11>
183-1998
[2] 1:6 16:19 <05:14>
1997
[3] 13:21 <05:11> 14:14
  <05:12> 14:14 <05:12>
1998
[1] 1:15

**2**

2
[2] 16:15 <05:14> 17:1
  <05:14>
2,000
[1] 16:22 <05:14>
2/14/79
[1] 11:6 <05:09>
20
[1] 22:3
20th
[1] 22:15
2123
[1] 10:3 <05:08>
25,000
[1] 17:6 <05:15>

**3**

3
[1] 16:13 <05:14>
30
[2] 3:3 4:14

**4**

4
[1] 7:19

**5**

5
[4] 9:23 <05:07> 13:19
  <05:11> 16:19 <05:14> 17:2
  <05:15>
5,000

**6**

6
[2] 2:2 <05:14> 5:7
  6:6:6
[1] 4:5 <05:16>

**7**

7
[2] 7:1 <05:06>

**8**

8
[1] 2:3

**_**

[2] 1:8

[2] 1:6

**A**

Ability
[2] 1:3
Able
[2] 4:22
Above-entitled
[1] 1:1
Absolute
[1] 7
Acceding
[1] 2:4 <05:2>
Account
[11] 1:24 <05:1> 1:22
  <05:1> 2:4 <05:8>
Accurate
[1] 5
Accurately
[2] 2:2
Act
[1] 3:4 <05:4>
Address
[1] 1:8
Adequate
[1] 3
Administrator
[1] 9
Advice
[2] 1:4 <05:2>
Advise
[2] 2:2
Advised
[2] 2:2
Affects
[1] 1:4 <05:1>
Age
[1] 10:8
Agree
[1] 2:2
Agreed
[2] 4:07
Agreement
[1] 4:06 <05:4>
  [1] 3:06 <05:4>
  5:1 <05:5> 3 <05:6>
Agrees
[2] 4:07
Ahead
[2] 4:2
Alcoholic
[1] 1:1
Alibi
[1] 11

**A** (continued)

Allegations
[1] 1:3
Alleged
[1] 13:20 <05:11>
Allowed
[1] 8:16
Alone
[1] 6:9
Amended
[2] 16:22 <05:14> 16:23
  <05:14>
Amending
[1] 16:24 <05:14>
Amotion
[1] 8:25
Amount
[2] 13:6 <05:10> 16:21
Appeal
[2] 7:10 7:20
Appear
[1] 8:10
APPEARANCES
[1] 1:18
Appeared
[2] 1:21 1:24
Appellate
[3] 7:15 18:25 <05:16> 19:1
  <05:16>
Appointed
[1] 3:19
APPROVAL
[1] 25:8
Approve
[2] 14:1 <05:12> 18:13
  <05:16>
Approved
[1] 25:12
Arraignment
[7] 2:7 2:11 2:14 3:4 3:23 4:8 4:
  14
Assert
[2] 4:10 4:13
Assessment
[1] 3:16
Assign
[1] 5:5
Assist
[2] 4:23 6:15
Assistance
[1] 5:3
Assistant
[1] 1:20
Assume
[1] 20:22 <05:18>
Attendance
[1] 6:19
Attention
[1] 21:10 <05:19>
Attorney
[14] 1:20 3:5 3:6 4:2 4:16 4:17
  4:18 4:19 4:24 5:7 5:13 6:15 6:
  17 8:4
Attorneys
[1] 4:21
August
[2] 13:21 <05:11> 14:14
  <05:12>
Authority
[2] 13:16 <05:11> 13:24
  <05:11>
Authorize
[1] 13:7 <05:10>
Avenue
[1] 10:4 <05:08>
Aware
[1] 3:6

**B**

Bad
[1] 13:9 <05:11>

**B** (continued)

Bank
[3] 10:7 9:22 <05:07> 11:22
  <05:13>
Basis
[2] 14:10 <05:12> 16:10
  <05:14>
Bedler's
[3] 13:8 <05:11> 15:2
  <05:13> 15:25 <05:13>
Behalf
[3] 1:21 1:24 6:20
Below
[1] 16:21 <05:14>
Benefit
[1] 9:17 <05:07>
Best
[3] 8:9 19:23 <05:17> 24:12
Better
[1] 11:2
Between
[2] 2:9 14:13 <05:12>
Beverages
[1] 12:5 <05:09>
Beyond
[2] 6:4 7:7
Bill
[1] 3:22 3:23
Birth
[1] 11:5 <05:09>
BLAIR
[1] 1:23
Box
[1] 10:9 <05:08>
Boy
[1] 11:19 <05:09>
Brand
[1] 23:18 <05:22>
Bring
[3] 21:9 <05:18> 21:10
  <05:19> 21:21 <05:14>
Broad
[1] 7:11
Brought
[1] 10:16 <05:08>
Business
[1] 22:10 <05:20>

**C**

Calhoun
[1] 1:27
Cannot
[1] 2:13
Carries
[2] 16:13 <05:14> 16:15
  <05:14>
Case
[8] 2:9 2:12 4:25 5:15 8:2 13:5
  <05:10> 13:22 <05:11> 19:
  18 <05:17>
Cash
[1] 15:9 <05:13>
Cashed
[2] 15:25 <05:13> 16:3
  <05:13>
Causes
[1] 5:21
Certain
[2] 2:8 2:18 14:24 <05:13>
CERTIFICATE
[1] 24:8
Certify
[1] 24:10
Challenges
[1] 5:21 5:24
Chambers
[1] 4:20
Change
[2] 3:17 8:18
Changes
[2] 17:1 <05:14>
Charge

**C** (continued)

[2] 5:6 12:23 <05:10>
  <05:13>
[3] 13:15 <05:11> 14:7
Charges
[6] 2:8 7:3 8:7 8:9 8:11 12:25
  <05:10>
Check
[6] 13:9 <05:11> 13:11
  <05:11> 14:19 <05:12> 15:
  17 <05:15> 15:18 <05:13>
  16:3 <05:13>
Checking
[1] 13:10 <05:11>
Checks
[8] 13:5 <05:10> 13:24
  <05:11> 13:25 <05:11> 14:
  15 <05:12> 14:17 <05:12>
  14:24 <05:13> 16:3 <05:13>
  18:8 <05:16>
Child's
[1] 11:17 <05:09>
Children
[1] 11:13
Choose
[1] 4:17
Christian
[1] 23:16 <05:22>
Citizens
[1] 5:12
Civilian
[1] 12:14 <05:09>
Class
[1] 23:12 <05:22>
Classes
[1] 22:1 <05:19>
College
[1] 23:15 <05:22>
Colloquy
[2] 1:9 2:18
Commencing
[1] 1:16
COMMON
[1] 1:1
Commonwealth
[6] 1:3 1:21 7:6 10:1 <05:07>
  12:23 <05:10> 18:6 <05:16>
Compel
[1] 6:18
Competent
[1] 6:3
Components
[1] 9:16 <05:07>
Computer
[1] 5:16
Concluded
[1] 23:24
Concurred
[1] 21:10 <05:19>
Concurrently
[1] 8:12
Conference
[1] 3:20
Confessing
[1] 14:6 <05:12>
Conscious
[1] 13:4 <05:10>
Consecutively
[1] 16:17 <05:14>
Consider
[2] 6:24 10:7
Consideration
[1] 21:12 <05:19>
Consolidates
[1] 9:19 <05:07>
Consolidation
[1] 3:15
Contained
[1] 24:12
Continuance
[1] 3:14

**Convict**
[1] 12:24

**Convicted**
[2] 6:7

**Convinced**
[1] 6:3

**Copy**
[2] 22:19 <05:20>

**Correct**
[1] 24:15

**Counsel**
[4] 2:11 2:13 5:4 5:9

**Counselling**
[1] 23:16 <05:09>

**Count**
[6] 9:21 <05:07> 9:23 <05:07> 13:19 <05:11> 15: 16 <05:13> 16:19 <05:14> 22:18 <05:20>

**Counties**
[1] 21:7 <05:18>

**Counts**
[2] 9:25 <05:07> 18:7 <05:16>

**County**
[11] 1:1 1:14 5:12 5:15 8:19 8:8 9:14 <05:07> 21:6 <05:18> 21:15 <05:19> 22:4 <05:20> 22:23 <05:20>

**Course**
[2] 6:11 7:14 22:11 <05:20>

**Courses**
[1] 22:2 <05:19>

**Court**
[83] 1:1 2:1 2:6 2:12 2:14 3:9 4: 9 4:19 6:18 7:15 8:1 8:19 9:2 9: 8 <05:06> 9:12 <05:06> 10:2 <05:08> 10:7 10:11 <05:08> 10:14 <05:08> 10:19 <05:08> 10:25 <05:08> 11:2 11:4 <05:09> 11:7 <05:09> 11:10 <05:09> 11:12 <05:09> 11:14 <05:09> 11: 17 <05:09> 11:21 <05:09> 11:25 <05:09> 12:3 <05:09> 12:7 <05:09> 12:9 <05:09> 12:13 <05:09> 12:16 <05:10> 12:18 <05:10> 12: 21 <05:10> 13:19 <05:11> 14:5 <05:12> 14:9 <05:12> 14:13 <05:12> 15:13 <05:13> 16:9 <05:14> 16:12 <05:14> 16:24 <05:14> 17:4 <05:15> 17:11 17:15 <05:15> 17:21 <05:15> 17: 24 <05:16> 18:4 18:12 <05:16> 18:17 18:20 18:24 19:3 <05:17> 19:7 <05:17> 19:10 <05:17> 19:14 <05:17> 19:20 <05:17> 19: 25 20:4 <05:17> 20:10 <05:18> 20:12 <05:18> 20: 16 <05:18> 20:19 <05:18> 20:20 <05:18> 21:3 <05:18> 21:14 <05:19> 21:18 <05:19> 21:22 <05:19> 22:4 <05:20> 22:12 <05:20> 22: 17 <05:20> 23:3 <05:20> 23:3 <05:20> 23:8 <05:20> 23:13 <05:21> 23:16 <05:22> 23:21 <05:22> 24:8 24:11 24:19

**Court's**
[2] 6:10 21:9 <05:18>

**Court-appointed**
[2] 5:4 5:9

**Courthouse**
[1] 1:14

**Courtroom**
[1] 1:13

**CR**
[3] 1:5 1:6 13:19 <05:11>

**Created**
[1] 13:23 <05:11>

**Crimes**

[2] 21:5 <05:18> 21:12

**Criminal**
[2] 4:22 7:2

**Cross-examining**
[1] 6:16

## D

**Date**
[4] 3:3 8:15 8:18 11:5 <05:09>

**Dated**
[1] 17:17 <05:15>

**Days**
[6] 3:3 3:22 4:7 4:14 8:20 12:4 <05:09>

**Deception**
[9] 9:23 <05:07> 13:20 <05:11> 13:23 <05:11> 14:3 <05:12> 18:6 <05:16>

**Decides**
[1] 5:15

**Defendant**
[4] 7:2 7:4 7:5 9:21 <05:07>

**Defender**
[1] 5:5

**Defense**
[3] 4:11 4:11 4:13

**Defraud**
[1] 13:3 <05:10>

**Degree**
[5] 9:22 <05:07> 9:24 <05:07> 16:21 <05:14> 22: 10 <05:20> 23:12 <05:22>

**Department**
[1] 5:2

**Develop**
[1] 15:14

**Different**
[1] 9:13 <05:07>

**Difficult**
[1] 8:21

**Directed**
[1] 25:12

**Directly**
[1] 2:12

**Discovery**
[2] 4:5 4:6

**Disqualify**
[1] 3:18

**Dissatisfied**
[2] 3:24 7:22

**District**
[4] 1:20 3:6 4:2 6:17

**DL6772**
[1] 11:3 <05:08>

**Done**
[1] 22:20 <05:20>

**Doubt**
[2] 6:4 7:7

**Drawer**
[1] 14:1 <05:12>

**Drawn**
[1] 13:6 <05:10>

**Driver's**
[1] 5:18

**Drop**
[1] 18:7 <05:16>

**Drugs**
[1] 12:4 <05:09>

**Due**
[1] 7:17

**During**
[1] 21:5 <05:18>

## E

**Education**
[2] 23:15 <05:22>

**Educational**
[1] 23:15 <05:19>

**Edward**
[3] 1:6 1:24 9:2

**Eight**
[1] 2:20

**Either**
[1] 2:3

**Elect**
[1] 2:3

**Elected**
[1] 6:23

**Eligible**
[1] 5:2

**Engaged**
[1] 22:1 <05:19>

**Enter**
[1] 2:16

**Entire**
[1] 22:11 <05:20>

**Entitled**
[2] 5:4 5:8

**Esquire**
[1] 1:23

**Establishment**
[1] 14:24 <05:13>

**Event**
[2] 5:5 5:6

**Evidence**
[4] 3:15 6:4 6:20 24:11

**Exchange**
[1] 9:24 <05:07>

**Exercise**
[1] 5:20

**Exist**
[1] 3:5

**Explained**
[1] 18:22 <05:16>

**Extended**
[2] 3:8 4:9

**Extensive**
[2] 2:18

## F

**Facilitate**
[1] 13:4 <05:10>

**Fact**
[2] 6:24 14:15 <05:12>

**Factual**
[2] 14:10 <05:12> 16:10 <05:14>

**False**
[3] 13:23 <05:11> 14:17 <05:12>

**Far**
[1] 11:21 <05:09>

**Felony**
[2] 9:22 <05:07> 16:13 <05:14>

**Few**
[1] 9:18 <05:07>

**File**
[8] 3:1 3:4 3:21 8:15 8:17 8:19 8:23 8:25

**Filed**
[2] 4:7 25:13

**Filing**
[2] 3:8 4:8

**Finals**
[1] 22:9 <05:19>

**Fines**
[3] 16:14 <05:14> 16:16 <05:14> 17:7 <05:15>

**First**
[1] 9:24 <05:07>

**Five**
[1] 17:2 <05:15>

**Following**
[2] 3:13 3:23

**Force**
[2] 7:6 18:14 <05:16>

**Foregoing**
[1] 25:10

**Forged**

[3] 13:10 <05:11> 13:11

**Forgery**
[6] 9:22 <05:07> 12:23 <05:10> 15:17 <05:13> 16: 12 <05:14> 18:5 <05:16> 20: 13 <05:18>

**Forging**
[1] 13:9 <05:11>

**Form**
[1] 3:25

**Formally**
[1] 2:7

**Forth**
[1] 21:7 <05:18>

**Four**
[1] 7:19

**Fourteen**
[1] 4:7

**Francis**
[1] 13:7 <05:10>

**Franklin**
[1] 1:14

**Fraud**
[1] 13:4 <05:10>

**Free**
[1] 5:6

**Front**
[2] 12:22 <05:10> 14:18

**Fully**
[2] 5:14 24:12

## G

**Generally**
[2] 2:10 8:23

**Granted**
[2] 8:22 8:24

**Groceries**
[1] 13:32 <05:11>

**Grossi**
[10] 1:20 15:15 <05:13> 15:21 <05:13> 15:24 <05:13> 16:2 <05:13> 16:7 <05:13> 16:11 <05:14> 16:18 <05:14> 17:3 17:17 <05:15>

**Grounds**
[1] 3:7

**Guilty**
[22] 2:17 2:23 6:5 6:6 7:6 7:9 7: 11 7:19 7:21 8:6 8:11 8:14 8:17 8:18 8:25 9:21 <05:07> 16:19 <05:14> 17:13 <05:15> 18:5 <05:16> 18:9 <05:16> 18:15 20:13 <05:18>

## H

**Ham**
[4] 19:6 <05:17> 19:8 <05:17> 19:15 <05:17> 20:1 <05:17>

**Hard**
[2] 23:13 <05:22> 23:15 <05:22>

**Hear**
[1] 6:13

**Hearing**
[3] 23:24 24:14 25:11

**Held**
[1] 21:5 <05:18>

**Helping**
[1] 4:24

**Hereby**
[2] 24:10 25:12

**Hindman**
[25] 1:23 9:4 <05:06> 9:5 <05:06> 9:6 9:10 9:12 <05:06> 9:17 <05:07> 12:18 <05:10> 12:20 <05:10> 14: 10 <05:12> 14:12 14:20 <05:12> 14:23 <05:13> 15: 15:4 <05:13> 15:7 <05:13> 15:11 <05:13> 17:16

<05:15> 17:22 <05:16> 19: 27:5 <05:18>
20:20 20:25 <05:18> 21:4 21:25 <05:19>

**Hire**
[1] 4:17

**Hoffman**
[1] 10:3 <05:08>

**Hold**
[1] 17:18 <05:15>

**Home**
[1] 10:8

**Homes**
[1] 12:15 <05:09>

**Honor**
[28] 9:7 12:20 <05:10> 14:4 15: 12 15:15 <05:13> 16:18 <05:14> 17:14 <05:15> 17: 20 18:3 <05:16> 18:11 18:16 <05:16> 18:19 18:23 <05:16> 19:2 19:19 19:24 <05:17> 20:3 <05:17> 20:9 20:11 20:15 20:18 20:25 <05:18> 21:1 <05:18> 21:17 21:24 21:25 <05:19> 22:8 <05:20> 23:1 <05:20>

**Honorable**
[1] 1:12

**Honored**
[2] 14:1 <05:12> 16:4

**Hourly**
[1] 4:23

**Houses**
[1] 12:17

**Houtzdale**
[4] 10:10 <05:08> 10:20 <05:08> 10:21 10:22 <05:08>

## I

**II**
[1] 16:15 <05:14>

**Illegal**
[2] 8:1 12:4 <05:09>

**Imposed**
[1] 7:25

**Impression**
[1] 13:23 <05:11>

**Impropriety**
[1] 7:16

**Include**
[1] 3:12

**Indicating**
[1] 9:11

**Indications**
[1] 17:25 <05:16>

**Indigent**
[4] 4:16 5:1 5:1 5:8

**Induced**
[1] 7:23

**Infirmity**
[1] 4:12

**Information**
[8] 3:17 3:25 4:1 9:25 <05:07> 10:3 <05:08> 12:19 <05:10> 16:22 <05:14> 16:25 <05:14>

**Innocent**
[1] 7:3

**Insanity**
[1] 4:11

**Inspection**
[2] 4:5 4:6

**Instead**
[1] 6:9

**Institutional**
[1] 10:25 <05:08>

**Instrument**
[1] 13:15 <05:11>

**Intelligently**
[2] 2:20 7:24 20:20 <05:18>

**Intend**
[2] 2:16 4:10

Intent
[2] 13:2 <05:19>
Intention
[1] 4:13
Interest
[1] 19:23 <05:17>
Interests
[1] 8:9
Investigator
[1] 3:19
Issue
[1] 7:13
Issues
[1] 7:20 7:22

**J**

Jail
[3] 16:14 <05:14> 16:16
  <05:14> 21:19 <05:19>
Jefferson
[1] 9:14 <05:07>
Job
[2] 12:10 12:14 <05:09>
Joinder
[1] 3:14
Judge
[16] 1:13 3:18 6:9 6:24 7:16 10:
  18 <05:08> 17:8 <05:15> 18:
  22 <05:16> 20:6 <05:17> 22:
  23 <05:20> 22:25 <05:20>
  23:1 23:4 <05:20> 23:7
  <05:22> 25:8 25:16
Judge's
[1] 4:20
Judges
[1] 20:7 <05:17>
July
[2] 13:1 <05:10> 14:14
  <05:12>
Jurisdiction
[1] 8:2
Juror
[1] 6:5
Jurors
[5] 5:15 5:17 5:22 5:24 6:3
Jury
[6] 5:11 5:13 5:14 6:2 6:9 6:24

**K**

Key
[1] 13:8 <05:11>
Knowingly
[1] 2:19
Kupniewski
[1] 1:26 24:18

**L**

Lackawanna
[4] 21:6 <05:18> 21:15
  <05:19> 22:20 <05:20> 22:
  23 <05:20>
Last
[4] 12:3 <05:09> 12:9
  <05:09> 12:13 <05:09> 13:2
  <05:10>
Law
[1] 4:22
Lawfully
[1] 17:8 <05:15>
Lawyer
[1] 19:22 <05:17>
Lawyer's
[1] 19:3 <05:17>
Least
[4] 9:9 <05:06> 9:16 <05:07>
  10:4 <05:08> 22:2 <05:19>
Legal
[1] 6:3
Leniency
[1] 18:18 <05:16>
Liberally

[1] 8:24
[1] 5:18
Lighter
[1] 17:12 <05:15>
Limited
[1] 3:12
List
[1] 4:21
Live
[1] 10:3 <05:08>
Lobaugh
[1] 18:22 <05:16>
Locate
[1] 4:19
Lock
[1] 10:12 <05:08>
Lock-up
[1] 10:12 <05:08>
Lori
[1] 1:26 24:18

**M**

M-II
[1] 16:15 <05:14>
Maintains
[1] 4:21 4:22
Married
[1] 11:10 <05:09>
MARSHALL
[2] 22:6 <05:19> 23:6 <05:22>
Material
[1] 9:16 <05:07>
Math
[1] 17:5 <05:15>
Matter
[1] 1:12
Maximum
[1] 16:13 <05:14>
McNatt
[73] 1:6 1:24 9:2 9:3 <05:06>
  10:2 <05:08> 10:6 <05:08>
  10:9 <05:08> 10:13 <05:08>
  10:18 <05:08> 10:21 10:24
  <05:08> 11:3 <05:08> 11:6
  <05:09> 11:9 <05:09> 11:11
  11:14 11:16 11:19 <05:09> 11:
  23 <05:09> 12:2 12:6 12:8 12:
  12 <05:09> 12:15 <05:09>
  12:17 12:23 <05:10> 13:18 14:
  4 14:8 14:18 14:22 14:25
  <05:13> 15:2 <05:13> 15:6
  15:9 <05:13> 15:16 <05:13>
  15:20 <05:13> 15:23 16:1
  <05:13> 16:5 <05:13> 17:10
  17:14 <05:15> 17:18
  <05:15> 17:20 17:23
  <05:16> 18:5 <05:16> 18:11
  18:16 <05:16> 18:19 18:23
  <05:16> 19:2 19:5 <05:17>
  19:9 19:12 <05:17> 19:19 19:
  24 <05:17> 20:3 <05:17> 20:
  9 20:11 20:15 20:18 20:20
  <05:18> 21:6 <05:18> 21:16
  <05:19> 21:20 21:24 22:8
  <05:19> 22:16 <05:20> 22:
  20 <05:20> 23:1 23:10
  <05:22> 23:14 <05:22> 23:
  20 <05:22>
Means
[1] 5:2 13:3 <05:10>
Medications
[1] 12:7 <05:09>
Meet
[2] 19:15 <05:17> 19:17
  <05:17>
Mental
[1] 4:12
Mentioned
[1] 14:14 <05:12>
Mercer
[1] 23:21 <05:21>
Merchandise

[1] 15:10 <05:13>
[4] 20:24 <05:07> 5:20
  <05:14> 16:25 <05:14>
  <05:14> 20:13 <05:18>
Miss
[2] 22:11 <05:20>
Monely
[1] 23:1
Money
[1] 13:22 <05:11>
Months
[1] 11:20
Moral
[1] 7:5
Most
[1] 17:7 <05:15>
Motion
[12] 3:2 3:5 3:7 3:8 3:12 3:13 4:
  5 8:16 8:17 8:20 8:22 8:24
Must
[2] 4:6 4:12

**N**

Name
[9] 2:2 13:10 <05:11> 14:16
  <05:12> 14:17 <05:12> 14:
  19 <05:12> 14:21 <05:12>
  15:19 19:4 <05:17> 19:13
Names
[2] 22:25 <05:20>
Necessarily
[1] 3:12
Need
[2] 21:15 <05:19> 23:4
  <05:20>
Negotiated
[1] 9:19 <05:07> 9:20 <05:07>
New
[2] 7:18 23:18 <05:22>
Next
[2] 22:9 <05:19>
Nolle
[2] 10:1 <05:07> 13:1 <05:10>
Normally
[3] 3:11 5:2 7:12
Notary
[1] 24:19
Notes
[1] 24:13
Nothing
[1] 16:7 <05:13>
Notice
[1] 4:12
November
[2] 22:14 <05:20>
Number
[4] 5:20 5:22 10:25 <05:08>
  11:8 <05:09>

**O**

Objective
[1] 13:4 <05:11>
Obtain
[1] 13:21 <05:11>
Obviously
[1] 12:1 <05:09>
Occur
[1] 2:9
Occurred
[2] 7:18 21:5 <05:18>
Occurring
[1] 21:13
October
[1] 22:3
Offenses
[1] 14:6 <05:12>
Offered
[1] 18:1
Office
[1] 4:20

[1] 15:10 <05:13>
Old
[1] 10:23 <05:08>
Older
[1] 23:3 <05:20>
Omnibus
[1] 3:11
Omnibus
[1] 3:11
One
[7] 6:5 10:4 <05:08> 11:16 12:
  22 <05:09> 15:25 <05:13>
  20:23 <05:18> 23:5 <05:22>
  23:7 <05:22>
Opportunity
[1] 3:4
Order
[4] 12:24 <05:10> 18:14
  <05:16> 22:18 <05:20> 23:5
  <05:21>
Original
[1] 9:11
Own
[1] 14:21 <05:12>

**P**

P.m.
[1] 1:16
Parole
[2] 10:15 <05:08> 18:18
  <05:16>
Participate
[1] 5:14
Particulars
[2] 3:22 3:23
Passing
[1] 14:23 <05:13>
PD
[1] 19:15 <05:17>
Pending
[1] 8:7
Pennsylvania
[4] 1:1 1:4 1:15 10:10 <05:08>
People
[1] 5:17
Peremptory
[1] 5:24
Period
[1] 14:13 <05:12>
Permission
[1] 6:10
Permit
[1] 8:19
Petition
[2] 24:14 25:12
Phonetic
[2] 13:8 <05:11> 23:2
Picked
[1] 5:16
Picking
[1] 5:14
Plea
[19] 1:9 2:17 2:18 7:23 8:17 8:
  18 9:1 9:4 <05:06> 9:15
  <05:07> 9:19 <05:07> 9:20
  <05:07> 16:20 <05:14> 17:
  15 <05:15> 18:13 <05:16>
  18:18 <05:16> 19:1 <05:16>
  19:22 <05:17> 20:17
  <05:18> 20:22 <05:18>
Plead
[6] 7:11 7:19 9:21 <05:07> 18:
  1 <05:16> 18:15 20:13
  <05:18>
Pleading
[10] 2:23 3:24 7:9 8:6 8:11 8:14
  16:19 <05:14> 19:5 <05:17>
  <05:15> 18:4 18:9 <05:16>
Pleas
[1] 1:1 7:21
PM
[1] 23:24
PNC

[1] 13:5 <05:10>
[1] 10:9 <05:08>
Pods
[1] 23:21 <05:22>
Point
[1] 9:15 <05:07>
Possibility
[1] 20:5 <05:17>
Power
[1] 6:18
Practice
[1] 4:22
Predecessors
[1] 9:18 <05:07>
Present
[3] 2:4 6:12 9:3 <05:06>
President
[1] 1:13 25:16
Presumed
[1] 7:3
Presumption
[1] 7:4
Pretrial
[3] 2:15 2:24 3:2 3:8 3:11 3:20
  4:5 4:6
Prison
[2] 12:12 <05:09> 23:19
Problem
[2] 22:5 <05:19> 22:7
Proceedings
[6] 1:8 1:11 6:13 7:14 24:11 25:
  11
Process
[1] 7:17
Production
[1] 6:19
Program
[2] 23:16 <05:22>
Programmed
[1] 5:17
Programs
[1] 23:9 <05:22>
Promises
[1] 17:24 <05:16>
Properly
[1] 7:13
Property
[3] 13:21 <05:11> 15:5
  <05:13> 15:8 <05:13>
Prosed
[2] 10:1 <05:07> 13:1 <05:10>
Protects
[1] 7:4
Prove
[3] 7:6 12:24 <05:10> 14:2
  <05:12>
PSI
[3] 20:23 <05:18> 22:18
  <05:20> 22:19 <05:20>
Psychiatric
[1] 3:16
Public
[2] 5:3 5:5
Purporting
[1] 13:12 <05:11>
Purpose
[1] 2:6

**Q**

Quash
[1] 3:16
Questions
[4] 14:11 18:21 <05:16> 18:25
  <05:16> 20:17 <05:18>

**R**

Raised
[2] 7:14 7:20
Random
[1] 5:16

# Rates
[1] 4:23

## Read
[2] 12:1 <05:09> 16:25 <05:14>

## Reason
[2] 5:24 8:1

## Reasonable
[2] 6:4 7:7

## Receive
[5] 7:18 8:3 15:4 <05:13> 17:6 <05:15> 17:7 <05:15>

## Recite
[1] 9:14 <05:07>

## Record
[2] 9:14 <05:07> 25:10

## Reese
[1] 13:7 <05:10>

## Regard
[1] 2:22

## Registered
[1] 5:18

## Relief
[2] 3:2 3:10

## Remember
[2] 22:24 <05:20>

## Remembered
[2] 22:25 <05:20>

## Remove
[2] 5:21 5:23

## Replaced
[1] 19:11 <05:17>

## Reported
[1] 1:26

## Reporter
[2] 24:8 24:19

## Reporting
[1] 1:27

## Represent
[2] 4:24 5:6

## Representation
[1] 8:4

## Represented
[2] 9:3 <05:06> 19:7 <05:17>

## Request
[2] 4:1 4:4

## Requested
[1] 3:11

## Require
[1] 6:10

## Required
[1] 6:22

## Resignation
[1] 19:16 <05:17>

## Resolved
[1] 8:10

## Restitution
[1] 18:8 <05:16>

## Review
[1] 7:10

## Reviewed
[1] 7:15

## Rights
[7] 2:15 2:25 7:10 7:17 18:21 <05:16> 18:25 <05:16> 19:1 <05:16>

## Riverside
[3] 13:21 <05:11> 15:1 16:2 <05:13>

## ROBERT
[1] 1:20

## Roll
[2] 2:2 2:5

## Rules
[1] 8:19

## Rulings
[2] 7:16 24:11

## Run
[2] 8:12 16:16 <05:14>

# S

## Satisfied
[3] 16:10 <05:14> 19:20 <05:17> 19:25

## Save
[1] 22:4 <05:19>

## Scheduled
[1] 2:10

## School
[1] 11:22 23:11 <05:22>

## Security
[1] 11:8 <05:09>

## See
[1] 6:13

## Select
[1] 5:17

## Sentence
[6] 7:21 7:25 17:9 <05:15> 17:12 <05:15> 20:24 <05:18> 21:10 <05:19>

## Sentenced
[3] 20:5 <05:17> 21:8 <05:18> 22:14 <05:20>

## Sentences
[1] 8:12

## Sentencing
[9] 8:10 8:15 8:19 8:21 8:23 9:1 21:23 <05:19> 22:23 <05:20> 22:25 <05:20>

## September
[1] 1:15

## Services
[1] 20:1 <05:17>

## Set
[1] 12:17

## Seven
[2] 3:22 16:13 <05:14>

## Severance
[1] 3:14

## Sex
[1] 11:17 <05:09>

## Shelly
[2] 19:8 <05:17> 19:15 <05:17>

## Sheriff
[2] 22:5 <05:19> 23:4 <05:20>

## Short
[1] 21:1 <05:18>

## Shown
[1] 3:9

## Sign
[1] 14:16 <05:12>

## Signature
[2] 13:11 <05:11> 17:19 <05:15>

## Signed
[3] 14:18 17:16 <05:15> 17:22 <05:16>

## Signing
[1] 15:18 <05:13>

## Sitting
[1] 20:7 <05:17>

## Six
[2] 5:23 17:6 <05:15>

## Social
[1] 11:7 <05:09>

## Someone
[1] 15:18 <05:13>

## Sometimes
[1] 8:12

## Sounds
[1] 10:11 <05:08>

## Speaking
[2] 2:10 8:24

## Special
[3] 3:19 6:10 18:18 <05:16>

## Specific
[2] 3:18 4:2

## Specificity
[1] 4:1

# Stand
[1] 12:22 <05:10>

## Start
[1] 12:22 <05:10>

## Started
[1] 23:17 <05:22>

## State
[1] 2:3

## Statement
[1] 21:2

## Still
[1] 20:12 <05:18>

## Substantially
[1] 14:6 <05:12>

## Suppress
[1] 3:15

# T

## Ten
[1] 8:20

## Tendered
[1] 20:21 <05:18>

## Tendering
[1] 2:19

## Terms
[1] 20:21 <05:18>

## Testify
[5] 6:14 6:21 6:23 6:23 6:25

## Theft
[6] 9:23 <05:07> 13:20 <05:11> 14:2 <05:12> 16:15 <05:14> 18:5 <05:16> 20:14 <05:18>

## Therefore
[1] 4:23

## Third
[2] 9:22 <05:07> 16:21 <05:14>

## Thirty
[2] 3:3 4:14

## Threatened
[1] 18:14 <05:16>

## Three
[1] 20:6 <05:17>

## Throughout
[2] 6:12 7:5

## Today
[6] 3:3 7:9 8:6 8:11 17:17 <05:15> 19:6 <05:17>

## Total
[1] 11:23 <05:09>

## Transcript
[2] 1:8 24:15

## Transport
[1] 23:4 <05:20>

## Traveling
[1] 21:7 <05:18>

## Trial
[10] 2:10 5:11 5:11 6:11 6:22 7:5 7:12 7:13 7:18 18:21 <05:16>

## Tried
[3] 5:13 6:1 6:8

## Trip
[1] 22:5 <05:19>

## True
[1] 14:16 <05:12>

## Trying
[1] 22:10 <05:20>

## Tuesday
[1] 1:15

## Tutoring
[1] 23:12 <05:22>

## Twelve
[1] 5:11

## Two
[4] 12:3 <05:09> 16:15 <05:14> 17:1 <05:14> 23:20 <05:22>

## Type
[1] 15:7 <05:13>

# Types
[1] 20:19 <05:17>

# U

## Under
[3] 9:20 <05:07> 14:16 <05:12> 14:17 <05:12>

## Understanding
[2] 7:24 20:21 <05:18>

## Understood
[1] 2:20

## Unlawfully
[1] 7:23

## Unless
[4] 3:4 3:7 4:8 6:2

## Unlimited
[2] 5:20 5:22

## Up
[4] 10:12 <05:08> 17:18 <05:15> 23:10 <05:22> 23:17 <05:22>

# V

## Venango
[3] 1:1 1:14 5:15

## Venire
[1] 3:17

## Venue
[1] 3:17

## Village
[3] 13:8 <05:11> 15:3 15:25 <05:13>

## Violation
[1] 7:17

## Voluntarily
[3] 2:20 7:23 20:21 <05:18>

## Vote
[1] 5:19

## Vs
[1] 1:5

# W

## Waited
[1] 8:22

## Waive
[2] 2:11 2:13

## Watching
[1] 9:18 <05:07>

## Week
[2] 22:9 <05:19> 22:9 <05:19>

## Welfare
[1] 5:3

## Wherein
[1] 3:24

## White
[2] 1:12 25:16

## Whole
[2] 22:11 <05:20>

## WILLAIM
[1] 25:16

## William
[2] 1:12 13:7 <05:10>

## Wished
[1] 21:9 <05:18>

## Withdraw
[2] 8:16 8:25

## Witnesses
[3] 6:14 6:16 6:19

## Write
[3] 12:1 <05:09> 13:24 <05:11> 14:15 <05:12>

## Writing
[2] 13:5 <05:10> 13:9 <05:11>

## Written
[4] 4:12 9:4 <05:06>

## Wrote
[3] 13:5 <05:10> 15:17 <05:13> 15:18 <05:13>

# Y

## Year
[1] 13:2 <05:10>

## Years
[7] 11:16 16:14 <05:14> 16:15 <05:14> 17:1 <05:14> 17:2 <05:15> 17:6 <05:15> 23:20 <05:22>

## Yourself
[1] 14:15 <05:12>

# Z

## ZIP
[1] 10:23 <05:08>