Paul J. Jennings
Warden

Lackawanna County Prison
1431 N. Washington Ave.
Scranton, PA 18509

Date: 6/13/06

This correspondence is to confirm that **Edward McNatt**, inmate # **10261A**, was housed at the Lackawanna County Prison from **2-9-97** to **2-19-97; 7-20-97 - 12-2-97**.

If we can be of further assistance please do not hesitate to contact our Records Department at 570-963-6639, extension 4515.

Sincerely,

Maureen Schulte
Records

Signature & Title