IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH McNATT, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | C. A. No. 05-124 Erie |
| ) | |
| JUDGE OLIVER LOBAUGH, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

The Petitioner's Motion for an Evidentiary Hearing on the issues raised in his petition for a writ of habeas corpus is hereby **GRANTED**. The evidentiary hearing is set for

_____.

_____
SUSAN PARADISE BAXTER
UNITED STATES MAGISTRATE JUDGE