IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH McNATT, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) C. A. No. 05-124 Erie |
| | ) |
| JUDGE OLIVER LOBAUGH, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER

The Petitioner's Motion for an Evidentiary Hearing on the issues raised in his petition for a writ of habeas corpus is hereby **GRANTED**. The evidentiary hearing is set for January 24, 2008, at 10:00 a.m., U.S. District Court, 17 South Park Row, Courtroom B, Erie, PA.

s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
UNITED STATES MAGISTRATE JUDGE

1