IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH McNATT | ) |
| | ) |
| vs. | ) C.A. NO. 05-124 ERIE |
| | ) |
| JUDGE OLIVER J. LOBAUGH, et al. | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania

TO: Superintendent - SCI Houtzdale

GREETINGS:

   WE COMMAND YOU, in the name and by the authority aforesaid that Edward Joseph McNatt, DL-6772, under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on January 24, 2008, at 10:00 a.m. for a hearing before Susan Paradise Baxter, Chief United States Magistrate Judge, then and there to permit the said person, Edward Joseph McNatt, DL-6772, as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

   When the said person, Edward Joseph McNatt, DL-6772, is no longer needed as a witness before this Court, Edward Joseph McNatt, DL-6772, shall be returned to SCI Houtzdale.

   AND have you then and there this writ.

                    WITNESS, The Honorable Susan Paradise Baxter
                    Chief Magistrate Judge of the United States
                    District Court this 5th Day of December, 2007 at Erie,
                    Pennsylvania.

                    _____
                    Clerk of Court
                    By: _____
                    Deputy Clerk