IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD JOSEPH McNATT )
)
vs. )   C.A. NO. 05-124 ERIE
)
JUDGE OLIVER J. LOBAUGH, et al. )

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania

TO: Superintendent - SCI Houtzdale

GREETINGS:

    WE COMMAND YOU, in the name and by the authority aforesaid that Edward Joseph McNatt, DL-6772, under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on January 24, 2008, at 10:00 a.m. for a hearing before Susan Paradise Baxter, Chief United States Magistrate Judge, then and there to permit the said person, Edward Joseph McNatt, DL-6772, as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

    When the said person, Edward Joseph McNatt, DL-6772, is no longer needed as a witness before this Court, Edward Joseph McNatt, DL-6772, shall be returned to SCI Houtzdale.

    AND have you then and there this writ.

WITNESS, The Honorable Susan Paradise Baxter
Chief Magistrate Judge of the United States
District Court this 5th Day of December, 2007 at Erie,
Pennsylvania.

CERTIFIED FROM THE RECORD
Date 12/5/07
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

Clerk of Court

By: _____
Deputy Clerk

FILED
DEC 20 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

2. Article Number

7160 3901 9846 1435 8850

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

Superintendent SCI Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000

CA 05-124 WRIT, TIME SENSITIVE

PS Form 3811, January 2005

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): Jennifer Johnston
B. Date of Delivery: 12/12/07

C. Signature: X Jennifer Johnston
☐ Agent
☑ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

Domestic Return Receipt