# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Edward Joseph McNatt )
)
)
Petitioner )
vs. )   No.   CA 05-124 Erie
Judge Oliver J. Lobaugh, et al )
)
)
Respondents )

HEARING ON January 24, 2008   Evidentiary Hearing

Before Chief U. S. Magistrate Judge Susan Paradise Baxter

Thomas W. Patton, Esq., Federal P.D.

Brenda J. Servidio, Esq., Asst. D.A.
Venango County

Appear for ~~Plaintiff~~ Petitioner

Appear for ~~Defendant~~ Respondents

Hearing Begun 10:21 a.m.

Hearing Adjourned to

Hearing concluded C.A.V. 11:35 a.m.

Stenographer Sonia Hoffman
CD:   Index:

**WITNESSES**

For Plaintiff | For Defendant

Testimony & argument presented. Report & Recommendation will be issued at a later date.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

Edward Joseph McNatt

V.

Judge Oliver J. Lobaugh, et al

**EXHIBIT AND WITNESS LIST**

Case Number: CA 05-124 Erie

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan Paradise Baxter | Thomas W. Patton, Esq., Federal P.D. | Brenda J. Servidio, Esq., Asst. D.A. Venango Co |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| January 24, 2008 | Sonia Hoffman | Leslie R. Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1-24-08 | | | Edward J. McNatt, petitioner |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages