## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD JOSEPH McNATT,  )
          Petitioner,  )
          )
          ) C.A. No. 05-124 Erie
          )
JUDGE OLIVER LOBAUGH, et al,  )
          Respondents.  )

## ORDER

AND NOW, this 30th day of April, 2008;

IT IS HEREBY ORDERED that the Transcript of the Evidentiary Hearing held January 24, 2008, before the Honorable Susan Paradise Baxter, be filed with the Court. The transcript is for the benefit of the Court. Costs to be borne by the United States.

          s/Susan Paradise Baxter
          SUSAN PARADISE BAXTER
          CHIEF U.S. MAGISTRATE JUDGE

cc: all parties of record (lw)