IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH McNATT, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | C. A. No. 05-124 Erie |
| ) | |
| JUDGE OLIVER LOBAUGH, et al., ) | |
| ) | |
| Respondents. ) | |

**PETITIONER, EDWARD JOSEPH McNATT'S, MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS TO
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

AND NOW, comes the petitioner, Edward Joseph McNatt, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and files his Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation:

1. United States Magistrate Judge Susan Paradise Baxter issued her Report and Recommendation (R and R) in this case on July 17, 2008.

2. According to the R and R, objections to the R and R are due on August 4, 2008.

3. Mr. McNatt is working on his objections to the R and R but they will not be finished by August 4, 2008.

4. Accordingly, Mr. McNatt respectfully requests the Court extend the time for filing objections to the R and R by 10 days, to Thursday, August 14, 2008.

WHEREFORE, the defendant, Edward James McNatt, respectfully requests that this Honorable Court extend the time for filing objections to the Magistrate Judge's Report and Recommendation by 10 days to Thursday, August 14, 2008.

Respectfully submitted,

<u>/s/ Thomas W. Patton</u>
Thomas W. Patton
Assistant Federal Public Defender
PA I.D. No. 88653