IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JOSEPH McNATT, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) C. A. No. 05-124 Erie |
| | ) |
| JUDGE OLIVER LOBAUGH, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER OF COURT

AND NOW, to wit, this _____ day of August, 2008, upon consideration of the foregoing Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendation, it is hereby ORDERED that the time for the filing of objections to the Report and Recommendation is extended to **August 14, 2008**.

_____
Susan Paradise Baxter
Chief United States Magistrate Judge