IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD JOSEPH McNATT,** | ) | |
| Petitioner, | ) | **C.A. NO. 05 – 124 ERIE** |
| | ) | |
| | ) | **District Judge McLaughlin** |
| **JUDGE OLIVER J. LOBAUGH,** | ) | **Magistrate Judge Baxter** |
| Respondent. | ) | |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2008, upon consideration of the Respondent's Motion for Extension of Time it is hereby ORDERED AND DECREED that the Motion in the above-captioned matter be, and is thereby GRANTED.  Respondent has until Friday, August 29, 2008, to file a response to the Petitioner's objections to Magistrate Judge's Report and Recommendation.

_____
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge

Dated: _____